Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>  Defendant. | NO.  A06-0042 MJ (JDR)<br><br>**KANHA KOUNDUANGTA'S OPPOSITION TO THE GOVERNMENT'S MOTION TO POSTPONE PRELIMINARY HEARING**<br><br>**(Filed On Shortened Time)** |

Kanha Kounduangta respectfully opposes the government's motion to postpone the preliminary hearing presently set in conjunction with the February 17, 2006, detention hearing. Contrary to the government's claim, postponing the preliminary hearing until after the matter is presented to the grand jury will not conserve judicial resources.

Here is why.

On February 9, 2006, federal drug police arrested Kanha Kounduangta. The next day, on or about February 10, 2006, the government filed a criminal complaint alleging that Ms. Kounduangta had violated 21 U.S.C. § 841(a)(1) and (b)(1)(a). At her initial appearance on February 14, 2006, the government then requested detention without bail pending trial and asked the court to schedule a detention hearing for February 17, 2006. The court, as required by 18 U.S.C. § 3142(f), acquiesced in this request.

Title 18 U.S.C. § 3142(e) provides for a rebuttal presumption favoring detention "if the judicial officer finds that there is probable cause to believe that the person has committed [a federal drug] offense for which a maximum term of imprisonment of ten years or more is prescribed[.]" No judicial officer has yet evaluated whether probable cause exists to believe that Ms. Kounduangta has committed a federal drug offense with a maximum term of imprisonment of ten years or more despite the fact that she has been in federal custody since February 9, 2006. Delaying the probable cause hearing associated with the preliminary hearing will not save judicial resources when a probable cause hearing is required for continued detention.

For these reasons, if the government persists in its request to detain Ms. Kounduangta without bail pending trial, the previously scheduled probable cause hearing must remain on the calendar.[1]

---

[1] The Federal Defender has retained a Laotian/English interpreter to assist the defense and has scheduled a conference with Ms. Kounduangta for February 16, 2006. Ms. Kounduangta will be prepared to proceed at the currently scheduled probable cause hearing.

DATED at Anchorage, Alaska this 15th day of February 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on February 15, 2006,
a copy of *Kanha Kounduangta's
Opposition to the Government's
Motion to Postpone Preliminary
Hearing* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy