IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                      Plaintiff,              )<br>                                                              )<br>        vs.                                              )<br>                                                              )<br> KANHA KOUNDUANGTA,             )<br>                                                              )<br>                      Defendant.         )<br> _____ ) | 3:06-mj-00042-JDR<br><br>**ORDER<br>DENYING MOTION TO<br>CONTINUE PRELIMINARY<br>HEARING**<br><br>(Docket No. 7) |

Having considered the motion filed by the United States to continue the preliminary hearing, Docket No. 7, and the opposition filed by the defendant at Docket No. 8: IT IS HEREBY ORDERED that the government's motion to continue the preliminary hearing is hereby DENIED. The preliminary/detention hearing will go forward as scheduled for February 17, 2006 at 1:30 p.m.

DATED this ___16th___ day of February, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge