DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) ATTEMPTED POSSESSION OF A |
| vs. | ) CONTROLLED SUBSTANCE WITH |
| | ) INTENT TO DISTRIBUTE |
| KANHA KOUNDUANGTA, | )    Vio. of 21 U.S.C. §§ 846 & |
| | ) 841(b)(1)(A) |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about February 9, 2006, the defendant, KANHA KOUNDUANGTA, within the District of Alaska, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, and 50 grams or more of actual methamphetamine, to wit: on February 9, 2006, the defendant picked up a package containing methamphetamine at 9499 Brayton Drive, Space 94, and took the package to 1200 W. Dimond Blvd, Space 529, where she opened it, all of which is in violation of Title 21 United States Code, Sections 846 and 841(b)(1)(A).

       A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

   2/21/06
DATE