```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs KANHA KOUNDUANGTA           CASE NO. 3:06-cr-00018-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE             JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES ATTORNEY:          FRANK RUSSO

DEFENDANT'S ATTORNEY:            KEVIN MCCOY

U.S.P.O.:                        CHRIS LIEDIKE

INTERPRETER:                     EDMUND CHANNITA   (LAOTIAN )
X Telephonic Appearance                            (Language)

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 2/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

X Copy of Indictment given to defendant: waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above      Age: 43

X PLEA: Not Guilty to Count   1 of the Indictment.

X Detention continued as previously set.

X Pretrial motions due 3/16/06.  Order for the Progression of a
  Criminal Case **FILED**.

X Counsel advised of trial date: **5/2/06 at 9:00 a.m.; FPTC set
  5/2/06 at 8:30 a.m.**

X OTHER:   Counsel to meet and confer by **3/1/06**.

At 9:39 a.m. court adjourned.


DATE: February 24, 2006   DEPUTY CLERK'S INITIALS:   rc

Case 3:06-cr-00018-HRH    Document 17    Filed 02/24/2006    Page 2 of 2