Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　Defendant. | NO. A06-0018 CR (JWS)<br><br>**FIRST MOTION TO SUPPRESS EVIDENCE** |

　　　　Kanha Kounduangta asks this court for an order suppressing all statements taken from her in violation of the Fifth and Sixth Amendments.  Ms. Kounduangta's statements must be suppressed because they were involuntary and because they were taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) and *Dickerson v. United States*, 530 U.S. 428 (2000).

　　　　This motion is submitted pursuant to the Fifth Amendment, the Sixth Amendment, Fed.R.Crim.P. 12(b), D.Ak.L.R. 7.1, and is based on the attached memorandum of law filed herewith.

DATED at Anchorage, Alaska this 16th day of March, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on March 16, 2006,
a copy of the *First Motion to Suppress Evidence* and the *Memorandum of Law in Support of First Motion to Suppress Evidence* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy