U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. RG-06-0027 | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Rodney Hollingshead At Anchorage DO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 02/10/06 | |

9. Other Officers: TFO Laufenberg, AST Sgt. Greenstreet, AST Trp Spitzer,

10. Report Re: Interview of Kahna KOUNDUANGTA on Feb. 9, 2006 (A)

**SYNOPSIS**

On Feb. 9, 2006, members of the Alaska Interdiction Task Force, assisted by Alaska State Troopers, recovered a package from the residence of 1200 W. Dimond, #529, Anchorage, AK. The package was originally part of a controlled delivery to 9499 Brayton, Space 94, Anchorage, AK. An individual subsequently identified as Kahna KOUNDUANGTA retrieved the package from that location, ending up at 1200 W. Dimond, #529. KOUNDUANGTA was interviewed concerning her knowledge of the package, and was arrested at that location.

**DETAILS**

1. At the time entry was made into the house, KOUNDUANGTA was encountered in the dining room area adjacent to the kitchen; Soukthavy PHIACHANTHARATH was in the living room area; and Pheng PHIACHANTHARATH was seated in the kitchen. Noted in plain view in the floor of the kitchen area was Exhibit N-1, a box shipped UPS which contained Ex. 1, 579.5 gross grams of methamphetamine. On the dining room table was a white stuffed animal, also part of the exhibit. The chocolate heart which concealed Exhibit 1 was observed in plain view in a glass front cabinet in the kitchen area.

2. After the residence had been secured, interviews were conducted in an effort to determine how the people related to the house and the contraband package. S. PHIACHANTHARATH was interviewed concerning his association with the residence, which belongs to his mother (See DEA 6 by TFO



| 11. Distribution: Division District Other | 12. Signature (Agent) S/A Rodney L. Hollingshead | 13. Date 2-10-06 |
|---|---|---|
| | 14. Approved (Name and Title) Timothy A. Binkley Group Supervisor | 15. Date 2-26-06 |

DEA Form - 6
(Jul. 1996)
tab

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used

000000109

First Motion to Suppress - Tab A -- Page 1 of 3

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. RG-06-0027 | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title ▓▓▓▓▓▓▓▓▓▓ | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared 02/10/06 | |

Laufenberg, dated 2/10/06, Debrief of Soukthavy PHIACHANTHARATH). Due to language barriers and poor health, his mother, Pheng PHIACHANTHARATH, was only briefly interviewed. G/S Binkley spoke with KOUNDUANGTA about the package.

3. Both PHIACHANTHARATH and KOUNDUANGTA were initially asked about the package together. PHIACHANTHARATH expressed surprise about the box, having not seen it before but did admit to seeing the stuffed animal. KOUNDUANGTA appeared to become almost physically ill at the mention of the box, and denied any knowledge of it. Upon showing her the box, she then said the stuffed animal on the table was hers, and that it had come from the box in the floor. She explained that she had gone to visit her friend "Gina", who had received the box earlier. "Gina" showed her the stuffed animal, and KOUNDUANGTA admired it. "Gina" then gave her the toy, and the box it came in. She insisted that nothing else was in the box. When asked who opened the box, KOUNDUANGTA said the box was open when "Gina" gave it to her. Her story then changed, in that "Gina" had called her and said a box had arrived for KOUNDUANGTA that contained a Valentine's Day present. She picked it up, but it was open when she got it. When asked where "Gina" lived and how officers could contact her, KOUNDUANGTA claimed not to understand the question and could not answer. (The original package was addressed to Gina JOHNSON; no records have been located that indicate a Gina JOHNSON has any relationship to either address.)

4. GS Binkley then asked about the chocolate heart that was in the cabinet. Again, KOUNDUANGTA claimed no knowledge, but then said it was in the box with the stuffed animal. At this time, a black light was utilized on the hands of the three occupants of the house to determine if any of them had handled the chocolate heart. It had previously been treated with a theft detection powder that shines under black lighting. Neither S. PHIACHANTHARATH nor P. PHIACHANTHARATH had any indication of having handled the chocolate. KOUNDUANGTA, however, had spots of the powder showing on her right hand in several places. She again said the box was a Valentine's present, but could not identify who had sent it to her, nor could she provide the address to which it was sent.

5. GS Binkley told KOUNDUANGTA that several parts of her story were untrue, and did not make sense. GS Binkley also advised KOUNDUANGTA that

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000000110

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RG-06-0027 | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 02/10/06 | |

she was going to be arrested for her apparent participation in the drug transaction, and requested her assistance in understanding how the drugs ended up in her possession. KOUNDUANGTA this time said she picked the box up from her friend's house, which she still could not identify, but that she did, in fact, open the package and remove the contents. When asked about her vehicle, she admitted that she had flunked her driver's test, and did not have a valid driver's license. The reason she was attempting to obtain a license was because her boyfriend, Sonny ANNAGUEY, had lost his license for driving while intoxicated. The car was registered to both of their names.

6. While attempting to obtain personal history information from KOUNDUANGTA, she was unable to provide her address, saying she had lived there only a short time. She was also unable to provide information on several of her children, claiming not to have their addresses or phone numbers. Eventually, KOUNDUANGTA said she did not want to say anything more, for fear she would give a wrong answer to a question. This was translated by S. PHIACHANTHARATH, who assisted for certain parts of the interview. His assistance was mostly required after KOUNDUANGTA had given a conflicting answer, and she claimed to not understand a question. KOUNDUANGTA claims she came to the United States in 1991, and has lived in Alaska for approximately four years.

**INDEXING**



2.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00000011

First Motion to Suppress -- Tab A -- Page 3 of 3