31.  After the agents/officers observed the theft detection ointment on K. KOUNDUANGTA'S hands, K. KOUNDUANGTA was transported to the Anchorage DO for processing. KOUNDUANGTA was processed and transported to the Anchorage Jail pending an Initial Appearance Hearing. While at the Anchorage DO, TFO Feliciano, as witnessed by S/A Hollingshead, advised K. KOUNDUANGTA of her Miranda rights.

32.  While K. KOUNDUANGTA was transported to the Anchorage Jail, K. KOUNDUANGTA told TFO Eliezer Feliciano and S/A Hollingshead that she only received a gift and that she (K. KOUNDUANGTA) did nothing wrong.

33.  After K. KOUNDUANGTA was arrested, the agents/officers seized the 2006 Black Jeep Liberty, Alaska License Plate EWH-825, and transported the Jeep Liberty to the Anchorage DO for processing. S/A Hollingshead maintained the Jeep Liberty as Exhibit N-10 and S/A Hollingshead submitted photographs of Exhibit N-10 to the case file. While processing, S/A Hollingshead seized several documents relating

---

DEA Form    - 6a
Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000000077

First Motion to Suppress - Tab B -- Page 1 of 1