Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>      Defendant. | NO. A06-0018 CR (JWS)<br><br>**REQUEST FOR EVIDENTIARY HEARING** |

      Kanha Kounduangta asks that her first motion to suppress evidence be set on for an evidentiary hearing at a date and a time convenient for the court and counsel.

      DATED at Anchorage, Alaska this 16th day of March 2006.

      Respectfully submitted,

      s/Kevin F. McCoy
      Assistant Federal Defender
      550 West 7th Avenue, Suite 1600
      Anchorage, AK 99501
      Phone:    907-646-3400
      Fax:    907-646-3480
      E-Mail:    kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on March 16, 2006,
a copy of the *Request for Evidentiary
Hearing* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy