UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A06-0018 CR (JWS) |
|---|---|
| Plaintiff, | **PROPOSED ORDER SETTING HEARING ON DEFENDANT'S FIRST MOTION TO SUPPRESS EVIDENCE** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |

After due consideration of the defendant's First Motion to Suppress Evidence, the motion is GRANTED. An evidentiary hearing is scheduled for _____, 2006, at _____ _____.m.

DATED this _____ day of March 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE