Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KANHA KOUNDUANGTA,<br><br>                    Defendant. | NO. A06-0018 CR (JWS)<br><br>**SECOND MOTION TO<br>SUPPRESS EVIDENCE** |

        Kanha Kounduangta asks this court for an order suppressing all statements obtained from her after February 10, 2006.  Suppression of these statements is appropriate under 18 U.S.C. § 3501(c) because Ms. Kounduangta's initial appearance before a federal judicial officer was unreasonably delayed in violation of Fed.R.Crim.P. 5(a).

        This motion is submitted pursuant to the Fifth Amendment Due Process Clause, Fed.R.Crim.P. 12(b), D.Ak.Crim.R. 47.1 and is based upon the memorandum of law filed herewith and the records contained in this court's file in the above styled matter.

        DATED at Anchorage, Alaska this 16th day of March, 2006.

        Respectfully submitted,

        s/Kevin F. McCoy  
        Assistant Federal Defender  
        550 West 7th Avenue, Suite 1600  
        Anchorage, AK 99501  
        Phone:    907-646-3400  
        Fax:    907-646-3480  
        E-Mail:    kevin_mccoy@fd.org

Certification:  
I certify that on March 16, 2006,  
a copy of the *an Second Motion to Suppress Evidence* and the *Memorandum of Law in Support of Second Motion to Suppress Evidence* was served electronically on:

Frank Russo  
Assistant United States Attorney  
U.S. Attorney's Office  
222 West Seventh Avenue #9, Room 253  
Anchorage, AK  99513-7567

s/Kevin F. McCoy