**CALENDAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**FRIDAY, FEBRUARY 10, 2006**

**THE HONORABLE JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE**

Deputy Clerk: Dan Maus
Official Recorders: Robin Carter, Linda Christensen, Caroline Edmiston, Denali Elmore, April Karper, Elisa Singleton

[ 9:30 AM ]   3:04-CR-00139-JWS   ANCHORAGE COURTROOM 6

USA                                vs. ROBERT LOUIS GLECKLER   *Mike*
(Retta-Rare Randall)

IN CUSTODY: R. Gleckler

INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION

ACRS: R_CALSD        As of 02/09/2006 at 5:00 PM by TASKMAN        Page 1

```
CALENDAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        FRIDAY, FEBRUARY 10, 2006

            THE HONORABLE TERRANCE W. HALL, U.S. MAGISTRATE JUDGE

         Deputy Clerk:
Official Recorders: Robin Carter, Linda Christensen, Caroline Edmiston,
                    Denali Elmore, April Karper, Elisa Singleton
```

[ 9:00 AM ]    F05-0029--CR (TWH)      ANCHORAGE COURTROOM 5

  USA                                vs. TONYA MARIE McALLISTER
  (Robert Warren)*                       (Lance Wells)
  (USPO)*

  FURTHER PROCEEDINGS RE: PROBATION

  * Telephonic Appearance as necessary via Meet-Me-Bridge "B"


[ 1:00 PM ]    4:99-CR-00002 JKS      ANCHORAGE COURTROOM 5

  USA                                vs. SEDRIC O'NEIL WILLIAMS
  (Stephen Cooper)*                      (M. J. Haden)

                                         IN CUSTODY: Sedric Williams

  FURTHER PROCEEDINGS

  * Telephonic Appearance as necessary via Meet-Me-Bridge "B" (907)
  677-6247


ACRS: R_CALSD        As of 02/09/2006 at 5:00 PM by TASKMAN         Page 1

| CALENDAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
|---|
| **FRIDAY, FEBRUARY 10, 2006** |
| **THE HONORABLE JOHN W. SEDWICK, U.S. DISTRICT JUDGE** |
| Deputy Clerk: Pam Richter<br>Official Recorders: Robin Carter, Linda Christensen, Caroline Edmiston, Denali Elmore, April Karper, Elisa Singleton |

[ 8:30 AM ]    3:05-CR-00082-JWS    ANCHORAGE COURTROOM 3

   USA                                 vs. JAMES JACKSON SR.
   (Karen L. Loeffler)                      (Sue Ellen Tatter)

                                           Dorene Jackson - Witness*

   PROPOSED CHANGE OF PLEA HEARING AND IMPOSITION OF SENTENCE
   *Telephonic participation


[ 9:00 AM ]    3:05-CR-00109-JWS    ANCHORAGE COURTROOM 3

   USA                                 vs. FRANK ENRIQUE MOTA-RIJO
   (Frank Russo)                            (Pamela Sullivan)

                                           IN CUSTODY: F. Mota-Rijo

   PROPOSED CHANGE OF PLEA HEARING


[ 10:30 AM ]   3:05-CR-00099-JWS    ANCHORAGE COURTROOM 3

   USA                                 vs. SARAH ROSE NOBLE (D2)
   (Retta-Rae Randall)                      (Scott A. Sterling)

   SEALED EX PARTE HEARING ON MOTION TO CONTINUE TRIAL (DKT 68)