U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross File | Related Files | 3. File No. RG-06-0027 | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Rodney Hollingshead  At: Anchorage DO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title KOUNDUANGTA, Kahna | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 02/15/06 | |

9. Other Officers: TFO Eliezer Feliciano

10. Report Re: Spontaneous statements made by Kahna KOUNDUANGTA on 02-13-06.

## DETAILS

1. On 02-13-06, S/A Rodney Hollingshead and TFO Eliezer Feliciano transported Kahna KOUNDUANGTA from the Anchorage Jail, located on 1300 East 4th Avenue, Anchorage, Alaska to the United States Marshal's Office, located at 222 West 7th Avenue, Anchorage, Alaska.

2. While transporting KOUNDUANGTA, KOUNDUANGTA cried and spontaneously repeated on numerous occasions "I'm so sorry… I'm so stupid."

3. In addition to the above statements, KOUNDUANGTA made several statements to S/A Hollingshead and TFO Feliciano that were undecipherable due to KOUNDUANDGTA'S crying. S/A Hollingshead and TFO Feliciano were able to understand some words relating to KOUNDUANGTA saying sorry to the police and KOUNDUANGTA wanting to see her children.

## INDEXING

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



| 11. Distribution: Division  District  Other | 12. Signature (Agent) S/A Rodney L. Hollingshead | 13. Date 2-15-06 |
|---|---|---|
| | 14. Approved (Name and Title) Timothy Binkley  Group Supervisor | 15. Date 2/16/06 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

000000069

Second Motion to Suppress - Tab B - Page 1 of 1