Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KANHA KOUNDUANGTA,<br><br>             Defendant. | NO. A06-0018 CR (JWS)<br><br>**REQUEST FOR EVIDENTIARY HEARING** |

Kanha Kounduangta asks that her second motion to suppress evidence be set on for an evidentiary hearing at a date and a time convenient for the court and counsel.

DATED at Anchorage, Alaska this 16th day of March 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:             907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on March 16, 2006,
a copy of the **Request for Evidentiary
Hearing** was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy