Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>Defendant. | NO. A06-0018 CR (JWS)<br><br>**MOTION FOR ORDER REQUIRING KANHA KOUNDUANGTA TO APPEAR WITHOUT SHACKLES FOR ALL HEARINGS** |

Kanha Kounduangta asks this court for an order directing that she be allowed to appear at all future court appearances unshackled.

This motion is submitted pursuant to the Fifth Amendment due process clause, Fed.R.Crim.P. 12(b), D.Ak.L.Crim.R. 47.1 and is based upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 16th day of March 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on March 16, 2006,
a copy of *the Motion for Order Requiring
Kanha Kounduangta to Appear Without
Shackles for All Hearings* and the
*Memorandum in Support of Requested
Order That Kanha Kounduangta Appear
Without Shackles at All Hearings* was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy