UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>KANHA KOUNDUANGTA,<br><br>      Defendant. | NO. A06-0018 CR (JWS)<br><br>**PROPOSED ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR ORDER REQUIRING HER TO APPEAR UNSHACKLED AT ALL COURT APPEARANCES** |

After due consideration of the defendant's motion for an evidentiary hearing on her

Motion for Order Requiring Her to Appear Unshackled at All Court Appearances, the motion is

GRANTED.  An evidentiary hearing is scheduled for _____, 2006, at _____

_____.m.

DATED this _____ day of March 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE