Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>    Defendant. | NO. A06-0018 CR (JWS)<br><br>**THIRD MOTION TO SUPPRESS EVIDENCE - SEARCH WARRANT 3:06-mj-031-JDR** |

       Kanha Kounduangta asks this court for an order suppressing all evidence seized as a result of a warrant authorized search of a UPS Parcel addressed to Gina Johnson, tracking number 1Z402EW2016283572, while in the custody of the Drug Enforcement Administration because search warrant 3:06-mj-031-JDR violated the Fourth Amendment.

       This motion is submitted pursuant to Fed.R.Crim.P. 12(b), D.Ak.L.Crim.R. 47.1 and is based upon the Fourth Amendment and the memorandum of law supporting this application.

DATED at Anchorage, Alaska this 16th day of March 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:		907-646-3400
Fax:		907-646-3480
E-Mail:		kevin_mccoy@fd.org

Certification:
I certify that on March 16, 2006,
a copy of the *Third Motion to Suppress
Evidence - Search Warrant 3:06-mj-031-JDR*
and the *Memorandum of Law in Support of
Third Motion to Suppress Evidence - Search Warrant
3:06-mj-031-JDR* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy