

Home | Clothing | Computers | Electronics | Home & Garden | Jewelry | Kids | **Office** | More...

What are you shopping for? [          ] in [ Fax Machines ▾ ] [ Find ]



**Back to:** Office | Office Machines

See your saved list (0) | Join Shopping.com | Help | Sign in

## You found 63 items in **Fax Machines**    "Fax Phone"



| Price Range | Page Memory | Answering Machine | Or narrow by |
|---|---|---|---|
| Below $80 (8) | Up to 25 (14) | Internal (18) | Brand |
| $80 - $100 (10) | Up to 40 (23) | Without Answering Machine (10) | Fax Transmission Speed |
| $100 - $120 (9) | Up to 60 (24) | External (17) | Print Technology |
| $120 - $170 (12) | 60+ (29) | | Paper Size |
| $170 - $290 (12) | What is Page Memory? | What is Answering Machine? | Interface |
| Above $290 (12) | | | Keyword |

Showing 1-20 of 63

Sort by: Best matches  |  Product rating  |  Price

[ **Compare Products** ]



☐ Check to compare



**Brother IntelliFAX 4750 Plain Paper Laser Fax**
★★★★★ 1 review

Laser Technology, 6 sec/page, 4 MB RAM, Stores up to 270 pages in memory, up to 182 locations broadcasting Read more

**$286 - $700**
from 21 stores
[ **Compare Prices** ]
Save it

☐ Check to compare



**Panasonic KX-FHD331 Plain Paper Thermal transfer Fax**
★★⯪ 11 reviews

Thermal transfer Technology, 15 sec/page, 300 KB RAM, Stores up to 24 pages in memory, up to 10 locations broadcasting Read more

**$34 - $111**
from 18 stores
[ **Compare Prices** ]
Save it

☐ Check to compare

**Brother IntelliFAX 4100 Plain Paper Laser Fax**

Laser Technology, 6 sec/page, 8 MB RAM, Stores up to 500 pages in memory, up to 182 locations broadcasting Read more

**$250 - $500**
from 20 stores
[ **Compare Prices** ]

Third Motion to Suppress - Tab C - Page 1 of 5



**Save it**

### Brother IntelliFAX 1940CN Plain Paper Inkjet Fax

Inkjet Technology, 3 sec/page, Stores up to 480 pages in memory, up to 154 locations broadcasting Read more

**$137 - $240**

from 13 stores

**Compare Prices**

Save it



### Brother IntelliFAX 1840C Plain Paper Inkjet Fax

★★☆    3 reviews

Inkjet Technology, 6 sec/page, 8 MB RAM, Stores up to 300 pages in memory, up to 100 locations broadcasting Read more

**$80 - $180**

from 17 stores

**Compare Prices**

Save it



### Panasonic KX-FPG376 Plain Paper Thermal transfer Fax

★★★★    1 review

Thermal transfer Technology, 350 KB RAM, Stores up to 28 pages in memory, up to 20 locations broadcasting Read more

**$89 - $160**

from 4 stores

**Compare Prices**

Save it



### Brother Fax 2440C Fax Machines

**$102 - $186**

from 16 stores

**Compare Prices**

Save it



### Sharp UX B20 Plain Paper Inkjet Fax

★★☆    3 reviews

Inkjet Technology, 15 sec/page, 448 KB RAM, Stores up to 24 pages in memory Read more

**$49 - $107**

from 6 stores

**Compare Prices**

Save it



### Hewlett Packard 1010 Plain Paper Thermal Fax

Thermal Technology, 6 sec/page, 500 KB RAM, Stores up to 40 pages in memory, up to 5 locations broadcasting Read more

**$37 - $159**

from 4 stores

**Compare Prices**

Save it



### Panasonic KX-FPG381 Plain Paper Thermal transfer Fax

★★☆    2 reviews

Thermal transfer Technology, 9 sec/page, up to 20 locations broadcasting Read more

**$180 - $214**

from 3 stores

**Compare Prices**

Save it

Each row has "Check to compare" checkbox on the left.

Third Motion to Suppress - Tab C - Page 2 of 5



□ Check to compare

**Sharp UX-B20 Plain Paper Inkjet Fax**

Inkjet Technology, 6 sec/page, 448 KB RAM, Stores up to 24 pages in memory Read more

**$80 - $99**
from 6 stores

Compare Prices

Save it

---



□ Check to compare

**Brother IntelliFAX 2900 Plain Paper Laser Fax**

Laser Technology, 6 sec/page, 4 MB RAM, Stores up to 300 pages in memory, up to 128 locations broadcasting Read more

**$290 - $430**
from 3 stores

Compare Prices

Save it

---



□ Check to compare

**Panasonic KX-FPG381 Plain Paper Thermal transfer Fax**

Thermal transfer Technology, 9 sec/page, up to 20 locations broadcasting Read more

**$113 - $197**
from 3 stores

Compare Prices

Save it

---



□ Check to compare

**Panasonic KX-FPG175 Plain Paper Thermal transfer Fax**

★★◗  8 reviews

Thermal transfer Technology, 9 sec/page, 350 KB RAM, Stores up to 28 pages in memory, up to 20 locations broadcasting Read more

**$154**
from 1 store

Compare Prices

Save it

---



□ Check to compare

**Brother IntelliFax-2820 Plain Paper Laser Fax**

★★★★★  3 reviews

Laser Technology, 6 sec/page, 8 MB RAM, Stores up to 500 pages in memory, up to 270 locations broadcasting Read more

**$165 - $230**
from 17 stores

Compare Prices

Save it

---



□ Check to compare

**Brother IntelliFAX 5750e Laser Fax**

★★★★★  2 reviews

Laser Technology, 2 sec/page, 8 MB RAM, Stores up to 600 pages in memory, up to 232 locations broadcasting Read more

**$472 - $1,300**
from 24 stores

Compare Prices

Save it

---



□ Check to compare

**Brother IntelliFAX 775 Plain Paper Thermal transfer Fax**

★★★◗  11 reviews

Thermal transfer Technology, 15 sec/page, 510 KB RAM, Stores up to 25 pages in memory, up to 58 locations broadcasting Read more

**$70 - $153**
from 20 stores

Compare Prices

Save it

---

Third Motion to Suppress - Tab C - Page 3 of 5



☐ Check to compare

**Hewlett Packard 1050 Plain Paper Inkjet Fax**
★★★★ 1 review

Inkjet Technology, 3 sec/page, 500 KB RAM, Stores up to 100 pages in memory, up to 20 locations broadcasting Read more

**$126 - $175**
from 16 stores

Compare Prices

Save it

---



☐ Check to compare

**Sharp UX CC500 Plain Paper Thermal transfer Fax**
★★★★★ 1 review

Thermal transfer Technology, 6 sec/page, 450 KB RAM, Stores up to 24 pages in memory, up to 20 locations broadcasting Read more

**$87 - $335**
from 7 stores

Compare Prices

Save it

---



☐ Check to compare

**Hewlett Packard 1040 Plain Paper Inkjet Fax**
★★★ 2 reviews

Inkjet Technology, 6 sec/page, 1 MB RAM, Stores up to 100 pages in memory, up to 15 locations broadcasting Read more

**$100 - $125**
from 18 stores

Compare Prices

Save it

---

Compare Products

**Showing 1-20 of 63**　　　　　**Page: 1 2 3 4**　　　　　**See next 20**

---

**Sponsored Listings (About)**

**Fax without a Fax Machine**
Now fax smarter than a fax machine with eFax. It's as easy as email!
www.efax.com

**Fax machines at Staples**
Save on fax machines and supplies. Free delivery on orders over $50.
www.staples.com

**Fax Machines: Low Prices**
We'll beat any online price and include a free 12 month warranty.
www.Facsimile.com

**Business Phone Systems**
Great Prices and Free Shipping Get Free Phone System Quote Online
www.startechtel.com

**Fax Phone**
FOIP Solutions at Business.com, your B2B directory
www.business.com

 Search for **fax machine**

---

**Related search terms**

Third Motion to Suppress - Tab C - Page 4 of 5

fax, fax machine, pc-301, fax machines, brother, hp 1240, thermal fax machine, canon laser class 710, office, phone fax, sharp fo 3150, ricoh 4410 nf, hp 1230, kx fpg371, thermal paper fax, pc 301, laser, q1685a, voice mail boxs



Meet Shoppy!

Last updated at 12:00AM EST on Tuesday, March 14, 2006.

Home  |  About Shopping.com  |  Merchant Directory  |  Site Index  |  Feedback
Shopping.com 🇬🇧 🇫🇷 🇩🇪 🇺🇸  |  Epinions  |  Rent.com
Join our Merchant Program  |  Advertise with Us  |  Jobs
Merchant Login  |  Help  |  User Agreement  |  Contact Us  |  Privacy

Copyright © 2000-2006 Shopping.com    Shopping.com is an eBay company.

Third Motion to Suppress - Tab C - Page 5 of 5