Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　Defendant. | NO. A06-0018 CR (JWS)<br><br>**AFFIDAVIT OF<br>GARY EICHHORN** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Gary Eichhorn, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am employed as the Computer Systems Administrator for the Federal Public Defender for the District of Alaska and have been so employed since 1993.

　　　　2.　　I am familiar with phone fax technology and know how phone fax machines work.

　　　　3.　　Every phone fax machine has a modem.

　　　　4.　　Some phone fax machines have a hand set that allows the user to speak to his or her caller.

4. Some phone fax machines have a hand set that allows the user to speak to his or her caller.

5. Phone fax machines are designed to receive fax transmission after a designated number of rings.

6. In other words, if the hand set is not picked up after a designated number of rings, the modem activates to receive the fax transmission if there is one.

7. A phone fax machine that switches to the modem indicates only that the handset has not been picked up.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
GARY EICHHORN

SUBSCRIBED AND SWORN to before me this 15th day of March 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Kanha Kounduangta*
Case No. A06-0018 CR (JWS)                                                                 Page 2

Third Motion to Suppress - Tab D - Page 2 of 2