

JASON KOURN
(360) 882-7588
THE UPS STORE #2612
STE 103
6715 NE 63RD ST
VANCOUVER WA 98661-2099
8 LBS 1 OF 1
SHIP (907) 884-8341
TO: GINA JOHNSON
SPC 94
9499 BRAYTON DR
ANCHORAGE AK 99507-4019
AK 996 9-31
UPS NEXT DAY AIR
TRACKING #: 1Z 402 EW2 01 6286 3572
1
BILLING: P/P
EXTREMELY URGENT
ups
UPS Next Day Air.
United Parcel Service, Louisville, KY
UNITED STATES DISTRICT COURT
SEARCH WARRA

Third Motion to Suppress - Tab E - Page 2 of 5



UNITED STATES DISTRICT COURT
SEARCH WARRANT