

**Support**

- → Preparing Your Package
  - › Guidelines
    - › How To Prepare for Shipping
    - › Packing Irregularly Shaped Items
    - › Shipping Firearms
    - › Shipping Live Animals
  - › Packing Materials
  - › Supplies
  - › Documentation and Labels
  - › Weight and Size
- → Preparing Your Freight Shipment
  - › UPS Guide to Shipping Ground and Air Hazardous Materials
  - › UPS Guide to Shipping International Dangerous Goods

**Get More with a UPS Shipping Account** — Learn about the benefits →

**Shipping Answers**

How do I void a shipment?
The process varies according to which UPS shipping service you use.
→ More

# How To Prepare for Shipping

**Step-by-Step Instructions**

1. Use a Corrugated Box
2. Provide Internal Protection
3. Close the Box Securely
4. Use Proper Labeling

### Step 3. Close Your Container Securely

Proper closure of your container is just as important as proper cushioning for the safety and security of your shipment.

To close a box securely, do not use masking tape, cellophane tape, duct tape, string, or paper over-wrap. Instead, use a strong tape -- two inches (five cm) or more in width -- such as these types:

**Pressure-sensitive plastic or nylon-reinforced tape**

 Generally the easiest, most convenient tape to use
 Versatile because it adheres without water and sticks to a variety of surfaces and shapes
 Apply three strips to both the top and bottom of the box

**Water-activated reinforced tape**

 Use 60 lb (27 kg) grade tape at least three inches (eight cm) wide
 Requires only two center-seam strips of tape for both the top and bottom of the box, due to the reinforcing fibers

▲ Back to Top

1 | 2 | 3 | 4

**Related Links**

**Package Preparation**
To find out more about preparing your package for shipping, please see:

→ Guidelines for Package Preparation

---

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service