# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Find a ZIP Code / Calculate Postage / Print a Shipping Label / Schedule a Pickup / Locate a Post Office / Track & Confirm

BUSINESS >> | HOUSEHOLD >> | BUY STAMPS & SHOP >> | ALL PRODUCTS & SERVICES >> | ABOUT USPS & NEWS >>

Search [Search >]

Home > All Products & Services > Mailing & Shipping Guidelines > Prepare Packages

- Shipping & Mailing
- Mailing & Shipping Guidelines
- ▲ Prepare Packages
  - Measuring Tips
- Options for Receiving Mail
- Rates & Fees
- Shop at the Postal Store
- Send Money
- Insurance & Extra Services
- Postage Options
- Customer Service



## Prepare Packages
### Safe delivery starts with careful preparation.

When sending a package, there are several easy steps that make your package more secure and easier to ship.

**The Box**
Choose a box with enough room for cushioning material around the contents. If you are reusing a box, cover all previous labels and markings with heavy black marker or adhesive labels.

**Cushioning**
Place the cushioning all around your items. Close and shake the box to see whether you have enough cushioning. Add more newspaper, styrofoam, bubble wrap if you hear items shifting.

**Sealing**
Tape the opening of your box and reinforce all seams with 2" wide tape. Use clear or brown packaging tape, reinforced packing tape or paper tape. Do not use cord, string or twine because they get caught in mail processing equipment.

**Correct Address**
Using a complete and correct address is critical for efficient delivery. Use ZIP Code + 4 when possible. Locate a correct address for accurate mailing.

**Drop Off**
Packages may be handed to your carrier or taken to the Post Office. Packages may also be dropped into a blue collection box with the following restrictions:

- Stamped packages should weigh less than one pound
- Packages with postage printed using Click-N-Ship or another PC Postage provider may weigh more than one pound, but must fit in the collection box

**International Tips**
Tips for when you are shipping globally.


**Address Quality**
Improve the quality of your address list(s).


**Help with Customs**
Rules and restrictions you need to know before sending to another country.


**OnePak® Shipping Kits**
Get all the supplies you need to package almost anything in a low-cost kit.




Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | National & Premier Accounts

Copyright © 1999-2006 USPS. All Rights Reserved.   Terms of Use   No FEAR Act EEO Data


Postal Inspectors
Preserving the Trust


Inspector General
Promoting Integrity