Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KANHA KOUNDUANGTA,<br><br>                    Defendant. | NO. A06-0018 CR (JWS)<br><br>**REQUEST FOR *FRANKS* HEARING** |

   Kanha Kounduangta respectfully requests that her third motion to suppress evidence – search warrant 3:06-mj-031-JDR be set on for a *Franks* hearing in accordance with the requirements of *Franks v. Delaware*, 438 U.S. 154 (1978).

   DATED at Anchorage, Alaska this 16th day of March 2006.

         Respectfully submitted,

         s/Kevin F. McCoy
         Assistant Federal Defender
         550 West 7th Avenue, Suite 1600
         Anchorage, AK 99501
         Phone:  907-646-3400
         Fax:   907-646-3480
         E-Mail:  kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on March 16, 2006,
a copy of the *Request for Franks Hearing*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy