UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　Defendant. | NO. A06-0018 CR (JWS)<br><br>**PROPOSED ORDER SETTING** *FRANKS* **HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE - SEARCH WARRANT 3:06-mj-031-JDR** |

After due consideration of the defendant's motion for a *Franks* hearing on her Motion to Suppress Evidence – Search Warrant 3:06-mj-031-JDR, the motion is GRANTED. A *Franks* hearing, in accordance with the requirements of *Franks v. Delaware*, 438 U.S. 154 (1978), is hereby scheduled for _____, 2006, at _____ _____.m.

DATED this _____ day of March 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE