Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>Defendant. | NO. A06-0018 CR (JWS)<br><br>**MOTION FOR BAIL REVIEW HEARING** |

Kanha Kounduangta asks the court to schedule this matter for a bail review hearing at a date and time convenient for the court and counsel.  Ms. Kounduangta proposes that she be released to the 24-hour sight/sound custody of Diane Southone subject to the following conditions:

- That she be subject to the 24-hour sight/sound custody of Diane Southone;

- That she be subject to home incarceration and that she reside at 610 W. 91st Street, Anchorage, Alaska 99515, 24 hours per day;

- That she be subject to electronic monitoring;

- That she be allowed to depart the residence at 610 W. 91st Street, Anchorage, Alaska 99515, only with prior permission of the pretrial services officer and only for the purposes of attending court hearings; meeting with counsel, meeting with the supervising pretrial officer, or attending to any medical needs;

- That she be subject to search and screen for use or possession of controlled substances;

- That she surrender any passport or other documents authorizing international travel to the Clerk of Court.

The application for third-party custodian has been filed with pretrial services.

DATED at Anchorage, Alaska this 20th day of March 2006.

> Respectfully submitted,
>
> s/Kevin F. McCoy
> Assistant Federal Defender
> 550 West 7th Avenue, Suite 1600
> Anchorage, AK 99501
> Phone:       907-646-3400
> Fax:         907-646-3480
> E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on March 20, 2006,
a copy of the *Motion for Bail Review
Hearing* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy