DEBORAH M. SMITH
Acting United States Attorney

FRANK. V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
(907) 271-5071

**RECEIVED**

MAR 1 6 2005

**FEDERAL PUBLIC DEFENDER**

RECEIVED

MAR 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-00018-JWS |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | RECEIPT FOR COPIES OF |
| ) | DISCOVERY |
| KANHA KOUNDUANGTA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, <u>Kevin McCoy</u>, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent to me on <u>March 16, 2006</u>, consisting of:

documents bates-numbers: 000000001 - 0000000149

\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE\*\*\*
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
\*\*\*\*IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\*

Date: 3/16/06                          _____
                                        KEVIN MCCOY
                                        Attorney for Defendant