# United States District Court

_____ DISTRICT OF Alaska _____

In the Matter of the Search of
(Name, address or brief description of property or person to be searched)

Residence located at 1200 West Dimond Boulevard, Anchorage, Alaska; described as a tan double wide trailer home with unpainted wood trim. The numbers 529 are clearly displayed on the front of the residence.

## SEARCH WARRANT

CASE NUMBER: 3-06-MJ-00034-JDR

TO: S/A Rodney L. Hollingshead _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by S/A Hollingshead _____ who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The residence located at 1200 West Dimond Boulevard, Anchorage, Alaska; described as a tan double wide trailer home with unpainted wood trim. The numbers 529 are clearly displayed on the front of the residence.

in the _____ District of Alaska _____ there is now
concealed a certain person or property, namely: (describe the person or property)

fruits or evidence of controlled substance violations of Title 21

See Attachment A.

I am satisfied that the affidavit(s) which is attached hereto and incorporates herein by reference and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 02-10-06 _____
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (~~in the daytime - 6:00 A.M. to 10:00 P.M.~~) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to John D. Roberts _____
as required by law.                                  U.S. Judge or Magistrate

February 9, 2006 at 11:50 pm    at    Anchorage, AK.
Date and Time Issued                   City and State

John D. Roberts, U.S. Magistrate Judge          _[signature]_ John D. Roberts
Name and Title of Judicial Officer              Signature of Judicial Officer