## O'Neill, Kristine (USAAK)

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Friday, February 10, 2006 3:49 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:06-mj-00042-JDR USA v. Kounduangta "Set/Reset Hearings"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from DPM, entered on 2/10/2006 at 3:48 PM AST and filed on 2/10/2006
**Case Name:** USA v. Kounduangta
**Case Number:** 3:06-mj-42
**Filer:**
**Document Number:**

**Docket Text:**
Set Hearing as to Kanha Kounduangta: Initial Appearance on Complaint set for 2/14/2006 01:30 PM before John D. Roberts. cc: USM, USPO (DPM, )

The following document(s) are associated with this transaction:

**3:06-mj-42-1 Notice will be electronically mailed to:**

Frank V. Russo    Frank.Russo@usdoj.gov, Kristine.O' Neill@usdoj.gov; usaak.ecf@usdoj.gov

**3:06-mj-42-1 Notice will be delivered by other means to:**

2/13/2006