DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-00018-JWS-JDR<br><br>OPPOSITION TO DEFENDANT'S<br>MOTION FOR ORDER TO<br>APPEAR UNSHACKLED AT ALL<br>HEARINGS |

　　　　COMES NOW the United States of America, by and through undersigned counsel, and hereby opposes defendant's motion for order to appear unshackled at all hearings, filed at docket 28.   Attached hereto as Exhibit A is a letter from U.S.

Marshal Randy Johnson, dated December 5, 2005, setting forth specific reasons for shackling all defendants within the District of Alaska. This explanation was accepted by Chief District Court Judge John W. Sedwick, in a letter dated December 8, 2005, attached hereto as Exhibit B. In addition, the United States asks the court take judicial notice of 18 U.S.C. § 3142(e), which contains a presumption that all defendants charged with controlled substance felonies in which the maximum sentence exceeds 10 years are presumed to be a flight risk and a danger to the community. The defendant is currently charged by indictment with such a crime. For all the above reasons, the United States respectfully submits that the defendant's motion for order to appear unshackled be denied.

    RESPECTFULLY SUBMITTED this 3rd day of April, 2006 in Anchorage, Alaska.

    DEBORAH M. SMITH
Acting United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 3, 2006, via:

    (X) Electronic case filing notice

Kevin McCoy, Esq..


s/ Frank V. Russo_____