

# UNITED STATES DISTRICT COURT
### District of Alaska
222 West Seventh Avenue, Unit 32
Anchorage, AK 99513-7591

John W. Sedwick
Chief Judge

907.677.6251

December 8, 2005

Randy M. Johnson, U.S. Marshal
222 West 7th Avenue
Anchorage, AK 99513

Re: District of Alaska Procedure Regarding Leg Restraints

Dear Marshal Johnson,

Judge Beistline, Magistrate Judge Roberts, and I have reviewed your letter of December 5, 2005, regarding your policy for the use of leg restraints on persons in custody when they appear in court for proceedings when a jury is not present. We agree that the reasons given in your letter support the continued use of leg restraints of the type you have described for all defendants except those unable to wear the restraints for medical reasons. We conclude that the reasons given in your letter adequately support the policy which promotes the security of all participants in court proceedings, including the public, the parties, court personnel, and your own personnel. Furthermore, we are strongly of the opinion that leg restraints of the type you describe will not prejudice any defendant in the eyes of judicial officers. We have not observed any behavior, nor are we aware of any objective data, suggesting that use of leg restraints has a negative impact on defendants which might outweigh the obvious interest in public safety served by your policy.

In summary, we believe your policy is amply supported by the reasons you have given. It should continue to be used in all court appearances by persons in custody when a jury is not present.

Very truly yours,

John W. Sedwick, Chief Judge
United States District Court - Alaska

c: All District of Alaska Judicial Officers