Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

At Paragraph 3 of the Search Warrant Affidavit Special Agent Hollingshead represented:

> It is the experience of your affiant and other members of Interdiction Task Forces that drug couriers often use fictitious names and/or misspelled names on parcels to thwart law enforcement and conceal the identities of those involved with the shipment of contraband.

At Paragraph 5 of the Search Warrant Affidavit, Special Agent Hollingshead represented:

(The UPS Parcel Shipping Order Form for No. 91412414. Moreover, Jason KOURN supplied an address other than The UPS Store address and that the practice of The UPS Store is to use the store address instead of the sender's address when filling out the UPS second day air shipping label.

For these additional reasons, Ms. Kounduangta renews her request for a *Franks* hearing in connection with her Third Motion To Suppress Evidence.

DATED at Anchorage, Alaska this 20th day of April 2006.

Respectfully submitted,