TO: BRUCE JOHNSON

FROM: Michael Kazangian
THE UPS STORE
6715 N.E. 63rd St. Ste. 103
Vancouver, WA 98661

4/18/06

Paperwork you requested

**PARCEL SHIPPING ORDER** Rev. 5/03

No. 91412414

**CUSTOMER (please print)**

PRINT NAME: Jason Kourn  DATE: 2/8/06
STREET: 7808 NE Rosal View Ave  PHONE: (360) 882-7588
CITY/STATE/ZIP: Vancouver, WA 98661
E MAIL:

**Package A — SENT TO:**
NAME: Gina Johnson
STREET: 9499 Brayton Dr #94
CITY/STATE/ZIP: Anchorage, AK 99501  PHONE: (907) 884-8341

Signature: Jason Kourn