Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>          Defendant. | Case No. 3:06-cr-0018-JWS<br><br>**ERRATA PERTAINING TO DOCKET NO. 48** |

Kanha Kounduangta hereby resubmits his Supplemental Offer of Proof in Support of *Franks* Hearing Request, previously filed at Docket No. 48. Due to computer formatting problems, the original Supplemental Offer was filed in an unusable format. Counsel apologizes for any inconvenience this may have caused the court or the parties.

DATED at Anchorage, Alaska this 20th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 20, 2006,
a copy of this document, with
attachments, was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy