Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>Defendant. | NO. 3:06-cr-0018-JWS<br><br>**SUPPLEMENTAL OFFER OF PROOF IN SUPPORT OF *FRANKS* HEARING REQUEST** |

        Kanha Kounduangta respectfully submits this supplemental offer of proof in support

of her *Franks* hearing request filed in conjunction with her Third Motion To Suppress Evidence at

Docket Nos. 30 and 31.

        Special Agent Rodney Hollingshead made the following representations in support

of the application of Search Warrant No. 3:06-mj-031-JDR presently at issue in the above-styled

matter.

At Paragraph 3 of the Search Warrant Affidavit Special Agent Hollingshead

represented:

> It is the experience of your affiant and other members of Interdiction
> Task Forces that drug couriers often use fictitious names and/or
> misspelled names on parcels to thwart law enforcement and conceal
> the identities of those involved with the shipment of contraband.

At Paragraph 5 of the Search Warrant Affidavit, Special Agent Hollingshead

represented:

> It is the experience of your affiant and common knowledge of
> Interdiction Task Force Officers that package sender's addresses are
> normally fictitious, the return address does not correspond to the
> location of shipment, is from individual to individual, usually
> overnight or second day delivery, and/or is mailed from shipping
> outlets, i.e. The UPS Store.

At Paragraph 13 of the Search Warrant Affidavit, Special Agent Hollingshead

represented:

> S/A Hollingshead further examined the parcel and noted that the
> parcel had a return address from Jason TOURN, 360-882-7588, and
> was shipped from The UPS Store #2612, located at 6715 NE 63rd
> Street, Vancouver, Washington.

At Paragraph 17 of the Search Warrant Affidavit, Special Agent Hollingshead

represented:

> According to law enforcement databases, there was no record of a
> Jason TOURN in the Vancouver, Washington area or in the state of
> Washington.

Ms. Kounduangta offers to prove that these representations were materially

misleading.  A telephone call to The UPS Store in Vancouver, Washington would have quickly

revealed that the package had been sent by Jason KOURN and not by Jason TOURN. *See* Exhibit A

(The UPS Parcel Shipping Order Form for No. 91412414.  Moreover, Jason KOURN supplied an address other than The UPS Store address and that the practice of The UPS Store is to use the store address instead of the sender's address when filling out the UPS second day air shipping label.

For these additional reasons, Ms. Kounduangta renews her request for a *Franks* hearing in connection with her Third Motion To Suppress Evidence.

DATED at Anchorage, Alaska this 20th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on April 20, 2006,
a copy of the *Supplemental Offer of*
*Proof in Support of Franks Hearing*
*Request* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy