TO: BRUCE JOHNSON

FROM: Michael Kazangian

**THE UPS STORE**
6715 N.E. 63rd St. Ste. 103
Vancouver, WA 98661

4/18/06

Paperwork you requested

## PARCEL SHIPPING ORDER  Rev. 6/03

91412414

**No. 91412414**

### CUSTOMER (please print)

PRINT NAME: Jason Kourh     DATE 2/8/06
STREET: 7808 WE Rocal View Ave     PHONE (360) 882-7588
CITY/STATE/ZIP: Vancouver WA 9806(     E MAIL:

| PKG. | SENT TO: | LIST ALL CONTENTS | DECLARED VALUE | C.O.D. AMT. | ZONE | WT | DIM WT | CK. ONE | Amt | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **A** | NAME: Gina Johnson<br>STREET: 9479 Brayton Dr # 94   APT #: 94<br>CITY/STATE/ZIP: Anchorage, AK 99507  PHONE (907) 888 8341<br>E MAIL:   EPSO#: | | $ | $ | | | | □ RESIDENTIAL □ COMMERCIAL □ PACKED BY CUSTOMER □ BREAKABLE □ REPLACEABLE □ YES □ NO SEE #3 BELOW SEE BACK | | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |
| **B** | NAME:<br>STREET:   APT #:<br>CITY/STATE/ZIP:   PHONE<br>E MAIL:   EPSO#: | | $ | $ | | | | □ RESIDENTIAL □ COMMERCIAL □ PACKED BY CUSTOMER □ BREAKABLE □ REPLACEABLE □ YES □ NO SEE #3 BELOW SEE BACK | | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |
| **C** | NAME:<br>STREET:   APT #:<br>CITY/STATE/ZIP:   PHONE<br>E MAIL:   EPSO#: | | $ | $ | | | | □ RESIDENTIAL □ COMMERCIAL □ PACKED BY CUSTOMER □ BREAKABLE □ REPLACEABLE □ YES □ NO SEE #3 BELOW SEE BACK | | SHP CHG / DEC VAL / COD / PKG LABOR / PKG MAT |

1. Subject to the terms and conditions herein, this The UPS Store™ center ("we" or "us") will receive and forward parcels for customer ("you"). The carrier for all parcels accepted by us shall be UPS unless otherwise noted (other _____). Parcels accepted from you are subject to refusal for shipment by the carrier. You represent that your true name and address appear above.

2. We do not accept hazardous material, illegal items or articles of unusual value, including but not limited to cash and jewelry for shipment.

3. We assume no liability for the delivery of the parcels accepted for shipment or for loss or damage by any cause to the parcels or their contents while in transit. We are not liable for the failure of the carrier to properly collect or remit funds for C.O.D. parcels. If recipients form of payment is accepted for C.O.D. by the carrier, you assume all risk. You acknowledge that you have read

and understand the instructions on the C.O.D. Tag and further agree that you accept all risk, including but not limited to, risk of nonpayment, insufficient funds and forgery. You further agree that we will not be liable upon any such instrument.

(Continued on back).

**CUSTOMER'S SIGNATURE**
SIGN HERE: Jason Kason

**CENTER COPY**   www.theupsstore.com   © 2003 MAIL BOXES ETC., INC. ® (2003 Ed., Rev.2003) (FORM #220105)

| SUBTOTAL | $ |
|---|---|
| TAX | |
| TOTAL CHARGES | $ |

Exhibit A - Page 1 of 1