# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     KANHA KOUNDUANGTA

THE HONORABLE JOHN W. SEDWICK          CASE NO.  3:06-cr-00018-JWS

Deputy Clerk                           Official Recorder

Pam Richter

APPEARANCES:     for PLAINTIFF:   ----

                 for DEFENDANT:   ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

The trial in this case is hereby **CONTINUED** to 9:00 AM on Monday, June 5, 2006. That date is within the Speedy Trial Act window when excludable delay is taken into account. The final pre-trial conference is **VACATED**. Any party desiring such a conference may make application therefore as the trial date nears.

At docket 50 defendant has appealed the decision by the magistrate judge at docket 47 regarding the shackling policy in effect in this District. At docket 51, defendant has already filed her memorandum in support of her appeal. The United States shall file any response within 20 days from the date of this order. Defendant may file a reply within 5 days from service of the United States' response.

By agreement of the judges this case is hereby **RE-ASSIGNED** to Hon. H. Russel Holland for all further proceedings.

DATE: April 24, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]