Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR SCHEDULING AND PLANNING CONFERENCE** |

　　　　Kanha Kounduangta asks this court for on order on shortened time for a scheduling and planning conference.  A scheduling and planning conference is appropriate because trial has been *sua sponte* reset for a date when defense counsel will be out of the country.  Ms. Kounduangta will be asking that the trial date be advanced to the week of May 22, 2006, or that it be set after July 5, 2006.

　　　　Only twenty (20) days have elapsed under the speedy trial rule due to the pendency of pretrial motions in this matter.

　　　　The government does not oppose setting this matter on for a scheduling and planning conference. The government is currently evaluating its resources and will be able to represent at the

scheduling and planning conference whether the week of May 22, 2006, is a workable week for trial for the government.

DATED at Anchorage, Alaska this 25th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 25, 2006,
a copy of the *Unopposed Motion on Shortened Time for Scheduling and Planning Conference* and *Affidavit of Counsel* were served electronically on:

Karen Loefler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy