UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0018-HRH |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |

On consideration of the defendant's unopposed motion on shortened time for a scheduling and planning conference;

It is hereby ordered that the motion is GRANTED.

This matter shall be scheduled for a scheduling and planing conference for _____, 2006, at the hour of _____ _____m.

Done at Anchorage, Alaska this ____ day of _____ 2006.

_____
H. RUSSEL HOLLAND
United States District Court Judge