Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>    Defendant. | NO. 3:06-cr-0018-HRH<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney fro Kanha Kounduangta.

2. Trial in this matter was originally set for May 2, 2006.

3. The court *sua sponte* continued trial to June 5, 2006, due to pending pretrial motions.

4. I will be out of the country from May 30, 2006, through July 5, 2006, and am asking for a scheduling and planning conference to propose an earlier trial date.

5. Ms. Kounduangta pleaded not guilty to the indictment on February 24, 2006. Ms. Kounduangta timely filed four pretrial motions on March 16, 2006. Resolution of those motions remains outstanding. Thus, only 20 days have elapsed under the Speedy Trial Rule.

6. Ms. Kounduangta is in custody and I am available to try the case the week of May 22, 2006, if that is convenient for the court.

7. On April 25, 2006, I spoke with Assistant U.S. Attorney Karen Loeffler regarding this request. Ms. Loeffler indicated that the government does not oppose setting this matter on for a scheduling and planning conference. Ms. Loeffler further indicated that the government favors an earlier trial date because Ms. Kounduangta is presently in custody. Ms. Loeffler indicated that the government would be able to state its position on Ms. Kounduangta's proposed May 22, 2006, trial date at the scheduling and planning conference.

8. For all these reasons, I am asking that this matter be set on for a scheduling and planning conference to address advancing the trial date.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 25th day of April 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

United States v. Kanha Kounduangta
Case No. 3:06-cr-0018-JWS                                                        Page 2