## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   KANHA KOUNDUANGTA

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO.  3:06-cr-00018-HRH

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 27, 2006

        Defendant's Unopposed Motion On Shortened Time For A

Scheduling And Planning Conference at docket 54 for the purpose

of re-setting the June 5, 2006, trial by jury is granted in part

and denied in part.  A scheduling and planning conference is not

deemed necessary in light of arrangements made between the

involved parties for a new trial date.

        The June 5, 2006, trial by jury is hereby **re-scheduled** to

commence **Monday, May 22, 2006,** at **9:00 a.m.**.