Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**KANHA KOUNDUANGTA'S PROPOSED VOIR DIRE QUESTIONS** |

Kanha Kounduangta requests the court to ask prospective jurors the following questions concerning their eligibility to serve at her trial.

**I.
BURDEN OF PROOF QUESTIONS**

　　　　1.　　You have probably heard the phrase "proof beyond a reasonable doubt" in connection with criminal cases.  Do you think that it is fair or unfair to require the government to prove its cases beyond a reasonable doubt?  Why?

　　　　2.　　The law requires various levels of proof depending on the importance of the issue to be decided.  For instance, the plaintiff in a civil case must convince you by a

preponderance of the evidence, *i.e.*, more likely than not, that his or her claims are true.  In a criminal case, because personal freedom is at stake, the law sets a much higher burden of proof.  In a criminal case, the plaintiff must convince you beyond and to the exclusion of all reasonable doubt that each and every element of the crime charged is true before you can return a verdict of guilty.  Do you understand the distinction?  Do you agree or disagree with the distinction?

      3.      What would you do if you thought the accused person was probably guilty, but that the government had not convinced you of his guilt beyond a reasonable doubt?

      4.      Do you understand that a reasonable doubt can arise not only from the evidence produced, but also from the failure by the government to produce evidence?

      5.      Do you realize that before you can return a verdict of guilty, the government must prove beyond a reasonable doubt each and every essential element of crime charged in the indictment?

## II.
## PRESUMPTION OF INNOCENCE QUESTIONS

      6.      The law presumes that Ms. Kounduangta is innocent of the charges the government has levied against her.  The presumption of innocence alone is enough to acquit.  Are there any among you that will not or cannot follow that instruction?

      7.      Are you open to the possibility that an innocent person can be accused of a crime?

      8.      Are any of you aware of circumstances where an innocent person has been accused of a crime?  How did you become aware of those circumstances?

9. Do you believe that people, acting in good faith, can mistakenly accuse someone of something they didn't do? Why do you think that happens?

10. Do you believe that police and prosecutors, acting in good faith, can mistakenly accuse someone of something they didn't do? Why do you think that happens?

11. Do you understand that the presumption of innocence requires a not guilty verdict unless the plaintiff is able to prove each and every element of the offense beyond a reasonable doubt?

### III.
### QUESTIONS DIRECTED TOWARD POTENTIAL BIAS

12. Ms. Kounduangta is not a citizen of the United States. Is there anyone here who feels that they would hold it against Ms. Kounduangta that she is not a citizen of the United States? Is there anyone here who believes that Ms. Kounduangta is guilty because she is not a citizen of the United States?

13. Have any members of the panel been to Laos? Please describe your experience. Do any members of the panel have experience with the Laotian culture? Please describe your experience.

14. Are there any members of the panel who have familiarity with the Laotian community in the United States? Please describe the basis for your familiarity with the Laotian community in the United States.

15. Are there any members on the panel who speak Laotian? Please understand that interpreters are going to be used during the course of this trial and I will instruct you that you

are to be guided by the translation given in this court room and not on any knowledge of the Laotian language you may have.

16. Translators will be used during the course of this trial. Is there anyone on the panel who has concerns about the fact that translators will be used at this trial? What are those concerns?

17. Is there anyone on the panel who feels that they could not give the case their full attention because of the presence of translators?

## IV.
## SPECIFIC OFFENSE/DEFENSE QUESTIONS

18. In this case, the government claims that Ms. Kounduangta attempted to possess with intent to distribute methamphetamine that was concealed in a box. Is there anything about the nature of this case that would prevent any member of the panel from judging this matter fairly?

19. Some people say that many of the problems in this country are related to drugs. Do you believe that drugs cause problems in this country? If so, please indicate what problems you think they cause.

20. Are you one of the people who think that drugs cause too many problems in this country? Can you set that view aside and give Ms. Kounduangta a fair trial?

21. Are you open to the possibility that Ms. Kounduangta did not know what was in the box and therefore did not attempt to possess methamphetamine with intent to distribute it?

22. Are you open to the possibility that Ms. Kounduangta did not attempt to possess methamphetamine with the intent to distribute it to another person?

23. Are you open to the possibility that Ms. Kounduangta may be innocent of the charges leveled against him by the government in this case?

24. Are you open to the possibility that the police might be mistaken about whether Ms. Kounduangta knowingly attempted to possess methamphetamine with the intent to distribute it to another person?

DATED at Anchorage, Alaska this 15th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 15, 2006,
a copy of ***Kanha Kounduangta's
Proposed Voir Dire Questions*** was
served electronically on:

Karen Loeffler or
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy