DEBORAH M. SMITH
Acting United States Attorney

KAREN LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **PROPOSED VOIR DIRE** |
| | ) | **QUESTIONS** |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, and requests that the

Court ask the following questions of the trial venire:

    1.    The defendant in this case is Kanha Kounduangta.  Do any of you know or are you acquainted with the defendant or any member of the defendant's family?

    a.    If so, what is the nature of the relationship?  Is it a close relationship?  Would the relationship tend to make you feel sympathetic toward the defendant?  Would the relationship affect your ability to sit as a fair and impartial juror in this case?

    2.    Do you know or have any relationship with any of the attorneys representing the party in this case?

    a.    If so, what is the nature of that relationship?

    3.    Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal defense?

    4.    The circumstances surrounding this case may have been reported in the media.  Has anyone seen or heard anything about this case prior to coming to the Court?

    a.    Does anyone have personal knowledge of the facts concerning the charges against the defendant?  If so, do you feel that you can put aside what

you have seen or heard and render a verdict based solely upon the evidence which you will see and hear in court?

  5. Have any of you been closely associated with anyone who has been the subject of a legal action involving the United States Drug Enforcement Administration, or the Anchorage Police Department or who has been prosecuted for any drug related offense?

    a. If so, what is your relationship with that person or persons?

    b. What was the disposition of the case?

    c. Do you think the disposition was fair and proper?

    d. Was there anything about that proceeding that you found upsetting or troubling?

  6. Do you have any specific feelings about drugs or drug offenses that would affect your ability to sit as an impartial and fair juror in this case? If so please explain?

  7. Have you or any member of your family or friends ever experienced what you consider unfair treatment by law enforcement officers?

    a. If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

    8.    Have you or any close friends or relatives been arrested for or been a victim of a crime within the last 10 years?

    a.    If so, would such an experience make it difficult for you to sit as a fair and impartial juror to consider the issues in this case?

    9.    Have you ever served on a jury before?  What kind of case?  Was there anything that the parties or witnesses did that you did not like?

    a.    Was there anything about that experience that would affect your ability to sit as a fair and impartial juror in this case?  Have you ever previously acted as a juror in a criminal case?

    10.    Do any of you suffer from any type of physical ailment which would make it extremely difficult or inconvenient for you to sit as a juror in this case?

    11.    Would jury service by you in this case at this time unduly interfere with your personal or business affairs?

    12.    Will you be able to follow the law that I give you even though you may not agree with it? (i.e.,suppose after hearing my instructions you decide you don't like them.  Will you be able to uphold them even though you disagree with them?)

13. Is there any other reason which may not have been touched upon by the Court in its questions to you which might affect your ability to act as a fair and impartial juror for each side of this case?

RESPECTFULLY SUBMITTED this 15th day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006
a copy of the foregoing Notice of Attorney
Appearance was sent electronically to
Kevin McCoy

s/ Karen Loeffler