DEBORAH M. SMITH
Acting United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                    Plaintiff,            )<br>                                                              )<br>      vs.                                              )<br>                                                              )<br> KANHA KOUNDUANGTA,         )<br>                                                              )<br>                   Defendant..         )<br>_____ ) | No.  3:06-cr-00018-JWS<br><br>NOTICE OF ATTORNEY<br>APPEARANCE |

   COMES NOW the United States by and through counsel and hereby gives

notice that Special Assistant U.S. Attorney David Nesbett appear as counsel for the

for Plaintiff United States of America in the above-entitled action.  All future

correspondence in this matter should be sent to:

>DAVID NESBETT
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Room 253, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: karen.loefflerl@usdoj.gov

RESPECTFULLY SUBMITTED this 15th day of May, 2006 at

Anchorage, Alaska

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ David Nesbett
>Special Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006
a copy of the foregoing Notice of Attorney
Appearance was sent electronically to
Kevin McCoy

s/ David Nesbett