DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| KANHA KOUNDUANGTA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Frank V. Russo, Asst. U.S. Attorney. Assistant U.S. Attorney Karen L. Loeffler, is the lead attorney in this matter.

RESPECTFULLY submitted this <u>16th</u> day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 16, 2006
a copy of the foregoing NOTICE OF
APPEARANCE was served
via electronically to:

Kevin McCoy, Asst. Federal Public Defender

Karen L. Loeffler, AUSA

s/ Frank V. Russo