DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov
       david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | **ERRATA REGARDING** |
| | ) | **GOVERNMENT'S PROPOSED** |
| vs. | ) | **JURY INSTRUCTIONS** |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Comes Now the United States of America by and through counsel, and files with the Court an Errata to the Government's Proposed Jury Instructions filed at Docket 61.  Please disregard pages 6-24.  Attached to this filing is a corrected copy of the Government's Proposed Jury Instructions.  We regret any

inconvenience that this has caused the court.

RESPECTFULLY SUBMITTED this day, 17th day of May, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 17, 2006
a copy of the foregoing was sent electronically to:
 Kevin McCoy

s/ Karen Loeffler