DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov
        david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **PROPOSED JURY** |
| vs. | ) | **INSTRUCTIONS** |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through its counsel and

requests that the Court instruct the jury in accordance with the following list of

jury instructions from the Manual of Model Criminal Jury Instructions for the

Ninth Circuit (2005 Edition), unless otherwise indicated, and from the separate

instructions attached hereto, as well as those, if any, to be submitted under separate

cover.

### Preliminary instructions

1.1        Duty of Jury

1.2        The Charge - Presumption of Innocence

1.3        What is Not Evidence

1.4        What is Evidence

1.5        Evidence for Limited Purpose

1.6        Direct and Circumstantial Evidence

1.7        Ruling of Objections

1.8        Credibility of Witnesses

1.9        Conduct of the Jury

1.10       No Transcript Available to Jury

1.11       Taking Notes

1.12       Outline of Trial

### Instructions in the Course of Trial

2.1        Cautionary Instruction - First Recess

2.2        Bench Conference and Recesses

2.5           Judicial Notice

2.10          Other Crimes, Wrongs, or Acts of Defendant

**Instructions at End of Case**

3.1           Duties of Jury to Find Facts and Follow Law

3.2           Charge Against Defendant Not Evidence, Presumption

                of Innocence, Burden of Proof

3.3           Defendant's Decision not to Testify

3.4           Defendant's Decision to Testify

3.5           Reasonable Doubt - Defined

3.6           What is Evidence

3.7           What is Not Evidence

3.8           Direct and Circumstantial Evidence

3.9           Credibility of Witnesses

3.10          Evidence of Other Acts of Defendants or Acts and

                Statements of Others

3.11          Activities Not Charged

3.18          Possession- defined

**Consideration of Particular Evidence**

4.1          Statements by Defendant

4.3          Other Crimes, Wrongs, or Acts of Defendant

4.14         Eyewitness Identification

4.17         Opinion Evidence, Expert Witness

**Responsibility**

5.1          Aiding and Abetting

5.6          Knowingly - Defined

5.7          Deliberate Ignorance

**Jury Deliberations**

7.1          Duty to Deliberate

7.2          Consideration of Evidence

7.3          Use of Notes

7.4          Jury Consideration of Punishment

7.5          Verdict Form

**Specific Offense Instructions**

9.14         Controlled Substance - Attempted Possession with Intent to

             Distribute

RESPECTFULLY SUBMITTED this day, 17th day of May, at Anchorage,

Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 17, 2006
a copy of the foregoing was sent electronically to:
 Kevin McCoy

s/ Karen Loeffler