DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov
       david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00018-(JWS) |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' NOTICE OF** |
| | ) | **INTENT TO USE DEPS AT** |
| vs. | ) | **TRIAL** |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes Now the United States of America by and through counsel, and

requests permission to use the Court's Digital Evidence Presentation System

(DEPS) in the sentencing of the captioned case, currently scheduled to commence

on May 22, 2005 at 9:00 a.m.  Furthermore, the United States gives notice it

intends, with the Court's permission, to use the DEPS system and PowerPoint in aid of its opening statement and closing argument.

RESPECTFULLY SUBMITTED this 17th day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ David Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006
a copy of the foregoing was sent electronically to:
Kevin McCoy

s/ David Nesbett