IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
        vs.                     )
                                )
KANHA KOUNDUANGTA,              )
                                )     No. 3:06cr0018-HRH
                    Defendant.  )
_____)
```

O R D E R

Appeal Regarding Use of Restraints

    Defendant moved for an order that she be allowed to appear at all future court proceedings without the use of shackles.[1] A hearing was requested. The motion was opposed by the Government. The assigned magistrate judge denied the motion.[2] Defendant appealed.[3] The court has received and reviewed briefs on behalf of defendant and the Government.[4]

    The United States Marshal's policy of employing leg restraints as to all defendants appearing in this court for non-jury proceedings dates back to February of 2003. The policy was

---

    [1]    Clerk's Docket No. 26.

    [2]    Clerk's Docket No. 47.

    [3]    Clerk's Docket No. 50.

    [4]    Clerk's Docket Nos. 51 & 65.

administratively reviewed in December of 2005 by the United States Marshal for the District of Alaska and the Chief Judge of the district. The court is not aware of there ever having been an adversary proceeding in this court as regards the foregoing policy, the review of which was occasioned by the decision of the Ninth Circuit Court of Appeals in <u>United States v. Howard</u>, 429 F.3d 843 (9th Cir. 2005).

As the defendant's briefing and the <u>Howard</u> decision suggest, there are strong tensions between the right of an accuse person to a presumption of innocence on the one hand, and the avoidance of risks to court personnel and the public at large on the other hand. As the one incident with which this court has personal, first-hand experience shows, there is no way of knowing or predicting with any degree of certainty which defendants will flee or become violent during the course of court proceedings. In light of this uncertainty, the balancing of the concerns of a defendant such as the defendant in this case and the concerns of the marshal for the security of court personnel is problematic.

The court is persuaded that in light of <u>Howard</u>, 429 F.3d at 851, uncertainties remain regarding this court's policy for lack of an adversarial review of that policy. The decision of the magistrate judge denying defendant's motion for an evidentiary hearing is reversed. The court will conduct an evidentiary hearing itself at a time to be set at a future date. The court anticipates there will not be any further non-jury hearings in this case preceding trial, so there is no need to address the question of

whether or not the present court policy on the use of shackles should be further applied in this case pending such a hearing.

DATED at Anchorage, Alaska, this <u>17th</u> day of May, 2006.

<u>s/ H. Russel Holland</u>
United States District Judge