IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )
                                     )
KANHA KOUNDUANGTA,                   )
                                     )   No. 3:06cr0018-HRH
                    Defendant.       )
_____)

O R D E R

Third Motion to Suppress
and
Motion for Franks Hearing

Defendant seeks the suppression of all evidence seized by law enforcement authorities as a result of a warrant issued by a magistrate judge for the search of a UPS parcel.  Defendant also seeks a <u>Franks</u> hearing in connection with the issuance of the search warrant.[1]  The motions are opposed.  The assigned United States magistrate judge has entered a report and recommendation that both motions be denied.[2]  No objections have been filed.

The UPS parcel that was the subject of the search in question was neither sent by nor addressed to the defendant.  For the reasons and upon the authorities set forth by the magistrate

---

[1] Clerk's Docket Nos. 29 & 31.

[2] Clerk's Docket No. 58.

judge in his report and recommendation, the court concludes that defendant has no standing to contest the search and seizure of the UPS package in question.

Although the foregoing is dispositive of both motions now before the court, the magistrate judge considered both the sufficiency of the affidavit of law enforcement officers in support of the search warrant as well as defendant's contentions in support of a <u>Franks</u> hearing.  Based upon its own, independent evaluation of what was presented to the magistrate judge authorizing the warrant, the court concludes that there was sufficient evidence to justify a neutral magistrate in issuing the warrant in question.

As regards the motion for a <u>Franks</u> hearing, for the reasons and upon the authorities set forth by the magistrate judge, the court concludes that no <u>Franks</u> hearing is necessary in this case.  There is no evidence whatever to support a finding that the agent obtaining the warrant recklessly or intentionally misstated or omitted critical information.  The omissions to which defendant points are not material; and, as stated above, the court concludes that the totality of the circumstances surrounding the UPS package amply justified the issuance of a search warrant and the seizure of that package.

The third motion to suppress and motion for a <u>Franks</u> hearing are denied.

DATED at Anchorage, Alaska, this <u>17th</u> day of May, 2006.

<u>s/ H. Russel Holland</u><br>
United States District Judge