Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**DEFENDANT'S NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM AT TRIAL** |

　　　　COMES NOW THE DEFENDANT, KANHA KOUNDUANGTA, by and through counsel Kevin F. McCoy, Assistant Federal Defender, and gives notice of her intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above-captioned case, currently scheduled to commence Monday, May 22, 2006, at 9:00 a.m.

　　　In addition, Ms. Kounduangta give notice of her intent to use DEPS in aid of her opening statement and closing argument.

DATED at Anchorage, Alaska this 17th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 17, 2006,
a copy of the **Defendant's Notice of Intent
to Use Digital Evidence Presentation System
at Trial** was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy