DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov
       david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S EXHIBIT |
| vs. | ) | LIST |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby files with the Court its Exhibit List.

**GOVERNMENT'S EXHIBIT LIST** - USA v. Kanha Kounduangta

| Exh. No. | I.D. | Ad. | Date | Description |
|---|---|---|---|---|
| | | | | **Physical Exhibits** |
| 1 | | | 2/9/06 | Brown wrapper on cardboard box with label |
| 2 | | | 2/9/06 | Cardboard box |
| 3 | | | 2/9/06 | Red Valentine Box |
| 4 | | | 2/9/06 | Receipt for delivery |
| 5 | | | 2/9/06 | Slip with "Kanha 744-3155" |
| 6 | | | 2/9/06 | Audiovox cell phone number 744-3155 |
| | | | | **Photos** |
| 7 | | | 2/9/06 | Photo of UPS parcel unopened (02) |
| 8 | | | 2/9/06 | Photo of box showing tape (03) |
| 9 | | | 2/9/06 | Photo of box side view (04) |
| 10 | | | 2/9/06 | Photo of box on end (07) |
| 11 | | | 2/9/06 | Photo of box with brown paper wrapper removed (08) |
| 12 | | | 2/9/06 | Photo of interior of box undisturbed (011) |
| 13 | | | 2/9/06 | Photo of inside of Valentines box (016) |
| 14 | | | 2/9/06 | Photo of cellophane wrapped package inside chocolate (017) |
| 15 | | | 2/9/06 | Photo of cellophane package as removed (019) |
| 16 | | | 2/9/06 | Photo of cellophane package showing peanut butter (27) |
| 17 | | | 2/9/06 | Photo of inner package (31) |
| 18 | | | 2/9/06 | Photo of box at the residence 1200 Dimond sp. 529 close up (102) |

| Exh. No. | I.D. | Ad. | Date | Description |
|---|---|---|---|---|
| 19 | | | 2/9/06 | Photo showing valentine box in cupboard (107) |
| | | | | **Audio Recordings** |
| 20 | | | 2/9/06 | Audio Recording of Surveillance and radio traffic |
| | | | | **Documentary Evidence** |
| 21 | | | | Map of Southwood Manor Mobil Home Court 9499 Brayton Dr. |
| 22 | | | | Map of Dimond Estates Trailer Court, 1200 Dimond Dr. |
| 23 | | | 5/31/05 | Lease Agreement for Jewel Lake Villa Apts. 8980 Blackberry St. |
| 24 | | | 5/31/05 to 4/19/06 | Account transaction records for 8980 Blackberry St. 712 |
| 25 | | | 2/8/06 | UPS shipment records (3 pages) |
| 26 | | | 2/6/06-2/__/06 | Alaska Airlines Travel Records Outasone Kounduangta to Portland |
| 27 | | | 2/13/06 | Extended Stay America Hotel records |
| 28 | | | 2/6/06 - 2/10/06 | Alaska Digitel Cell phone records for cell number 744-3155 and 299-3665 |
| | | | | **Charts/Summaries** |
| 29 | | | 2/9/06 | List of phone numbers from 744-3155 taken from phone |
| 30 | | | | Chart of calls between 744-3155 and 229-3665 on 2/8 and 2/9 |
| 31 | | | | Lab Report |

RESPECTFULLY SUBMITTED this 17th day of May, 2006 at

Anchorage, Alaska

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ David Nesbett
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-6306
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006
a copy of the foregoing was sent electronically to:
Kevin McCoy

s/ David Nesbett