Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>Defendant. | NO. 3:06-cr-0018-HRH<br><br>**NOTICE OF FILING** |

Please take notice that Kanha Kounduangta files the attached letters (Exhibit A), which notice Eli Feliciano as an expert witness as well as the anticipated content of his expert testimony in the present trial.

DATED at Anchorage, Alaska this 23rd day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on May 23, 2006,
a copy of the **Notice of Filing**
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy