**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-3224*

May 17, 2006

Kevin McCoy
Assistant Federal Public Defender
550 W. 7th Ave., Ste 1600
Anchorage, AK 99501

     Re: <u>United States v. Kounduangta</u>
        Further Discovery Issues

Dear Kevin:

    Pursuant as part of our further obligation under Fed.R.Crim.P. 16 (a)(1)(G), this is to let you know that we intend to call Detective Eli Feliciano as our narcotics expert. I previously outlined his testimony, but had not provided a summary of his expertise as we had not decided which officer to call.

    Here is Detective Feliciano's background.
    - 15 years with Anchorage Police Department
    -9 years a patrol officer and 4 years with the narcotics unit
    - training: He has attended the Clandestine Laboratory School; the Tactical Clandestine Laboratory School; the DEA Basic 2 week school; 1 week Task Force Officer School; a 2 week jetway class; 2 sky narcotics conferences.
    - He has participated as an undercover officer and case officer in narcotics investigations. He has worked on over 50 narcotics investigations; 15-20 of which involved methamphetamine.

    As previously noted to you, he will testify that methamphetamine is generally distributed in 1/10 gram doses, although DEA defines a dose as .05 gram. It is sold for between a low of $20 and the general price of $50 in Anchorage. The price is much higher in the outlying areas. The "wholesale" price of ½ kilo is approximately between 18 to 19.5 thousand dollars. The street

1

value of the amount found is approximately $250,000.

If you have any questions or need anything further please call David.

Very truly yours,

DEBORAH M. SMITH
UNITED STATES ATTORNEY

*[signature]* for

Karen L. Loeffler
Assistant U.S. Attorney

2



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*   *Fax Number: (907) 271-3224*

April 25, 2006

Kevin McCoy
Assistant Federal Public Defender
550 W. 7th Ave., Ste 1600
Anchorage, AK 99501

    Re: United States v. Kounduangta
        Further Discovery Issues

Dear Kevin:

    As I told you over the phone yesterday, I have been assigned to the above captioned case for trial. I met with the agents yesterday and, it appears, that there are a few discovery matters I need to address. First, the agents just received some records. I have given them to my legal assistant and they should be in your box today. The records, for the most part, involve bank statements and travel records. There is also a subpoena outstanding for phone records. We have not yet received the records, but I will get them to you as soon as we get them.

    Second, pursuant to Fed.R.Crim.P. 16 (a)(1)(G), here is my expert witness notice, in case Frank has not previously sent it. We will be calling the standard experts in a drug case. 1) the DEA lab tech listed on the lab report. I will get you the resume as we get closer to trial. As I know you are aware, scheduling issues sometimes cause the lab to have to switch witnesses at the last minute, but whoever testifies will be testifying to the results of the lab report – the amount and purity of the methanphetamine. 2) I plan on calling either Elie Feliciano or Rodney Hollingshead for the standard testimony on drug dealing. The summary of their "expert testimony" would be that meth is generally dealt in doses of .05 to .1 gram per dose. Therefore, the amount of meth recovered in this case would amount to anywhere between 5-10,000 doses – not personal use amounts. Further the street value of the meth was approximately $250,000. The reason I haven't yet identified which of the two case officers I plan to use is simply that I got into

1

the case yesterday and if I only need to call one of them at trial I will use that one for the above testimony and streamline the trial. Both are qualified to give the above testimony.

If you have any questions or need anything further please call me.

Very truly yours,

DEBORAH M. SMITH
UNITED STATES ATTORNEY

Karen L. Loeffler
Assistant U.S. Attorney

2