DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov
       david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:06-cr-00018-JWS |
| | ) | |
| Plaintiff, | ) | **TRIAL STIPULATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate and agree that the following exhibits are

business records and may be authenticated without testimony of a records

custodian under Fed.R.Crim.P. 806(3) and 902.

A.    23    (Lease agreement for Jewel Lake Villa Apts. 8980, Blackberry
            St.)
            Bate Stamp Nos. 244-271

B.    25    (UPS shipment records)
            Bate Stamp Nos. 279-281

C.    26    (Alaska Airline travel records, Outasone Kounduangta to
            Portland)
            Bate Stamp Nos. 150-167, 310-325

D.    27    (Extended Stay America Hotel records)
            Bate Stamp Nos. 204-206

E.    28    (Alaska Digitel cell phone records)
            Bate Stamp Nos. 289-297

F.    31    (Lab results)
            DEA Lab No. RG-06-0027

//

//

//

//

This stipulation does not waive any relevance objections that may be

interposed by the defendant.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

DATED: _____5/22/06_____

David Nesbett
Special Assistant U.S. Attorney

DATED: _5-22-06_

KEVIN MCCOY
Attorney for Kanha Kounduangta