Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>    Defendant. | NO. 3:06-cr-0018-HRH<br><br>**NOTICE OF FILING KANHA KOUNDUANGTA'S THEORY OF DEFENSE INSTRUCTION** |

   Please take notice that Kanha Kounduangta files the attached Theory of Defense Jury Instruction.

   DATED at Anchorage, Alaska this 24th day of May 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       550 West 7th Avenue, Suite 1600
       Anchorage, AK 99501
       Phone:  907-646-3400
       Fax:   907-646-3480
       E-Mail:  kevin_mccoy@fd.org

Certification:
I certify that on May 24, 2006, a copy of the *Notice of Filing Kanha Kounduangta's Theory of Defense Instruction* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

**KANHA KOUNDUANGTA'S**
**THEORY OF DEFENSE INSTRUCTION**

Violation of Sections 841(a) and 846 of Title 21 of the United States Code as charged in the indictment requires proof that the defendant subjectively knew that the substance she is charged with attempting to possess was a controlled substance. It is the defendant's position that she did not know that the parcel contained a methamphetamine.

If you have a reasonable doubt about whether the defendant knew that the parcel contained methamphetamine, you must return a verdict of not guilty. If, on the other hand, you are convinced beyond a reasonable doubt that the defendant knew that the parcel contained methamphetamine and you are satisfied that the government has proved the remaining elements of the offense of attempted possession of methamphetamine with intent to distribute then you must return a verdict of guilty.