(Rev 5/06)

# LIST OF EXHIBITS

---

Case No. 3:06-cr-00018-HRH          Judge: **H. RUSSEL HOLLAND**

Title      U.S.A.
vs.
           KANHA KOUNDUANGTA

Dates of Hearing/Trial: 5/22/06 THRU 5/25/06

Deputy Clerk/Recorder: Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Karen Loeffler | Kevin McCoy |
| David Nesbett | |
| | |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 5/23 | outside wrappers | A | ✓ | 5/23 | posterboard picture of Kourn |
| 2 | ✓ | 5/23 | cardboard box | B-1 | ✓ | 5/23 | map of Washington |
| 3 | ✓ | 5/23 | heart | C | ✓ | 5/23 | Outasone Kounduangta ID card |
| 4 | | | | D | ✓ | 5/23 | Outasone Kounduangta Social Security Card |
| 5 | ✓ | 5/23 | package slip | E | ✓ | 5/23 | |
| 6 | ✓ | 5/23 | cell phone + set of keys | G | ✓ | 5/23 | marijuana |
| 7 | ✓ | 5/22 | photo of box | B-2 | ✓ | 5/23 | portion of map from B-1 |
| 8 | ✓ | 5/22 | photo of box | F | ✓ | 5/23 | time line |
| 9 | ✓ | 5/22 | photo box taped | | | | |
| 10 | ✓ | 5/22 | photo - box on end | | | | |
| 11 | ✓ | 5/22 | photo - contents of box | | | | |

List of Exhibits

Page: 2

| Case No: | 3:06-cr-00018-HRH | | Judge: H. RUSSEL HOLLAND | | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | ✓ | 5/22 | photo - inside box | | | | |
| 13 | ✓ | 5/22 | photo - inside valentines box | | | | |
| 14 | ✓ | 5/22 | photo - | | | | |
| 15 | ✓ | 5/22 | photo - | | | | |
| 16 | ✓ | 5/22 | photo - Truffles Container | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | ✓ | 5/22 | contact tape | | | | |
| 21 | ✓ | 5/22 | map Southwood Manor | | | | |
| 22 | ✓ | 5/22 | map Dimond Estates | | | | |
| 23 | ✓ | 5/23 | drug fee housing | | | | |
| 24 | | | | | | | |
| 25 | ✓ | 5/23 | UPS shipping records | | | | |
| 26 | ✓ | 5/23 | copy of ticket information | | | | |
| 27 | ✓ | 5/23 | hotel registration | | | | |
| 28 | ✓ | 5/23 | Alaska Digitel | | | | |
| 29 | ✓ | 5/23 | paper w/ phone numbers | | | | |
| 30 | ✓ | 5/23 | chart of calls | | | | |
| 31 | ✓ | 5/22 | lab result | | | | |

Continuation List of Exhibits

Page: 3

| Case No: | 3:06-cr-00018-HRH | | Judge: H. RUSSEL HOLLAND | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 32 | ✓ | 5/23 | munamphetamine | | | | |
| 33 | ✓ | 5/23 | | | | | |