IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
    vs.                         )
                                )
KANHA KOUNDUANGTA,              )
                                )   No. 3:06cr0018-HRH
                    Defendant.  )
_____)


VERDICT NO. 1

As to Count 1, charging KANHA KOUNDUANGTA with attempting to possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A), we the jury unanimously find defendant KANHA KOUNDUANGTA:

           GUILTY _____              NOT GUILTY _____

And, if guilty, we find beyond a reasonable doubt that the offense involved:

(___) 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine;

(___) 50 grams or more but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine or 5 grams or more but less than 50 grams of actual methamphetamine;

- 1 -

(__) a detectable amount but less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine or less than 5 grams of actual methamphetamine.

DATED at Anchorage, Alaska, this _____ day of May, 2006.

                                    _____
                                    Presiding Juror