UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )    Case No. 3:06-cr-00018-HRH
v.                           )
                             )
KANHA KOUNDUANGTA,           )
                             )
          Defendant.         )
_____)
```

**ORDER APPOINTING INTERPRETER**

Having found defendant to be indigent and not proficient in English, the court hereby ORDERS that an interpreter be appointed at government expense to provide in-court translation services for defendant for trial by jury commencing July 24, 2006.

Samuel A. Mattix, (telephone (206) 347-0639), is HEREBY APPOINTED to serve as Lao/English interpreter in accordance with provisions of the Court Interpreters Act, 28 U.S.C. §§604(a)(14) and (a)(15), 604(f), 1827 and 1828. Payment for in-court translation services shall be paid by the United States.

When Mr. Mattix's duties herein are concluded, the clerk is requested to assist him in preparing an appropriate claim for compensation and expenses. The claim shall comply with guidelines

[306cr18HRH-Mattix-7-24-06-trial.wpd]{ORDERINT.WPD*Rev.12/02}

established by the Administrative Office and shall conform with the most recently published schedule of fees.

DATED at Anchorage, Alaska, this 2nd day of June, 2006.

/s/
H. Russel Holland
United States District Judge