Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>        Defendant. | NO. 3:06-cr-0018-HRH<br><br>**MOTION ON SHORTENED TIME FOR A BAIL REVIEW HEARING** |

      Kanha Kounduangta asks this court for an order on shortened time setting this matter on for a bail review hearing.  Ms. Kounduangta's trial was held the week of May 22, 2006.  The jury was unable to come to a unanimous decision.  Ms. Kounduangta is asking that the matter be set on for a bail review hearing at the court's earliest possible convenience before Friday, June 9, 2006.

      This motion is submitted pursuant to D.Ak.L.R. 7.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 5th day of June 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on June 5, 2006,
a copy of the **Motion on Shortened Time for a Bail Review Hearing**, the **Affidavit of Counsel**, and the **Proposed Order** were served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy