UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-0018-HRH |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |

On consideration of the defendant's Motion on Shortened Time for a Bail

Review Hearing, it is hereby ordered that the request is GRANTED.  A bail review hearing

in this matter is scheduled for June _____, 2006, at the hour of _____.m.

DATED this _____ day of June 2006, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE