Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0018-HRH |
|---|---|
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

      Sue Ellen Tatter, being first duly sworn upon oath, deposes and says as follows:

      1.    I am the Assistant Federal Defender for the District of Alaska.

      2.    Kevin McCoy is the Assistant Federal Defender currently representing Kanha Kounduangta.  Mr. McCoy is out of the country, and will not return to the office until July 5, 2006.

3.  There was a trial in Kanha Kounduangta's case, which commenced May 22, 2006, and concluded May 24, 2006. The jury deliberated until May 25, 2006, at which time they were unable to reach a verdict.

4.  I am asking the court on shortened time to schedule this matter for a bail review hearing by Thursday, June 8, 2006.

5.  I will be out of the office beginning Friday, June 9, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sue Ellen Tatter* (signature)
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 5th day of June 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008