Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**MOTION ON SHORTENED TIME TO WITHDRAW DEFENDANT'S MOTION FOR BAIL REVIEW HEARING** |

　　　　Kanha Kounduangta asks this court on shortened time to withdraw her motion for a bail review hearing (Docket No. 92), and vacate the bail review hearing set for June 8, 2006, at 10:30 a.m. without prejudice to a future request.

　　　　This motion is submitted pursuant to D.Ak.L.R. 7.1.

　　　　DATED at Anchorage, Alaska this 7th day of June 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on June 7, 2006,
a copy of the ***Motion on Shortened Time
to Withdraw Defendant's Motion for Bail
Review Hearing*** and the ***Proposed Order***
were served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy