UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-0018-HRH |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |

On consideration of the defendant's Motion on Shortened Time to Withdraw Defendant's Motion for a Bail Review Hearing, it is hereby ordered that the request is GRANTED.  The bail review hearing, scheduled for June 8 , 2006, at the hour of 10:30 a.m. is VACATED without prejudice.

DATED this _____ day of June 2006, in Anchorage, Alaska.

_____
TERRANCE W. HALL
U.S. Magistrate Judge