DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone (907) 271-5071
Fax (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>KANHA KOUNDUANGTA   )<br>   )<br>   Defendant.   )<br>   ) | No. 3:06-cr-00018-JWS<br><br>**NOTICE TO DISCONTINUE<br>ELECTRONIC SERVICE** |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Karen Loeffler, Asst. U.S. Attorney.  Assistant U.S. Attorney David.

Nesbett, is the lead attorney in this matter.

 RESPECTFULLY submitted this 13th day of June, 2006, at Anchorage, Alaska.

            DEBORAH SMITH
            Acting United States Attorney

            s/ Karen Loeffler
            Assistant United States Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Ave., Room C-252
            Anchorage, Alaska 99513
            Phone (907) 271-5071
            Fax (907) 271-1500
            email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on June 13, 2006
a copy of the foregoing  was served
via electronically to:

Kevin McCoy, Asst. Federal Public Defender

s/ Karen Loeffler