UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**PROPOSED ORDER** |

On consideration of the defendant's Motion on Shortened Time for a Bail Review Hearing, it is hereby ordered that the request is GRANTED. A bail review hearing in this matter is scheduled for June _____, 2006, at the hour of _____ ____.m.

DATED this _____ day of June 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE