IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Kanha Kounduangta

CASE NO: 3:06-cr-00018-HRH

---

Defendant Kanha Kounduangta,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to _Electronic monitoring w/conditions_, the third party custodian(s). *P.O. to place on ... on 6/19/06.*

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

____ Other: _____

Dated at Anchorage, Alaska this 16th day of June, 2006

REDACTED SIGNATURE

~~JOHN D. ROBERTS~~ Mary E. Guss
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal