Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>        Defendant. | NO. 3:06-cr-0018-HRH<br><br>*ERRATA* TO **NOTICE OF INTENT TO CHANGE PLEA**<br><br>*(Correcting the First Sentence)* |

        Kanha Kounduangta intends to plead guilty to an information charging possession of a controlled substance in violation of 21 U.S.C. § 844(a) pursuant to a Fed.R.Crim.P. 11(c)(1)(C) agreement which provides for a 12-month probationary disposition pursuant to 18 U.S.C. § 3607. If Ms. Kounduangta's guilty plea is accepted and if the written plea agreement is otherwise acceptable to the court, the parties will jointly request that sentencing follow immediately.

        Ms. Kounduangta asks that the change of plea hearing and sentencing be calendared for Friday, July 21, 2006, at a time convenient for the court and counsel.

DATED at Anchorage, Alaska this 19th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on July 19, 2006,
a copy of the *Errata to Notice of Intent
to Change Plea* was served electronically
on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy