DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-CR-00018-JWS |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | UNLAWFUL POSSESSION OF A |
| | ) | CONTROLLED SUBSTANCE |
| v. | ) |  Vio. 21 U.S.C. § 844(a) |
| | ) | |
| | ) | |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

    The United States Attorney charges that:

## COUNT 1

On or about February 9, 2006, in the District of Alaska, the defendant, KANHA KOUNDUANGTA, did knowingly and intentionally possess a controlled substance to wit: methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of Title 21, United States Code, Section 844(a).

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

DATED: July 20, 2006              s/ David A. Nesbett
                                          DAVID A. NESBETT
                                          Special Assistant U.S. Attorney
                                          Federal Building & U.S. Courthouse
                                          222 West 7th Avenue, Room 253, #9
                                          Anchorage, Alaska 99513-7567
                                          Phone:(907) 271-5071
                                          Fax: (907) 271-1500
                                          Email: david.nesbett@usdoj.gov