```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs. <u>KANHA KOUNDUANGTA</u>        CASE NO. <u>3:06-cr-00018-HRH</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:              <u>H. RUSSEL HOLLAND</u>

DEPUTY CLERK/RECORDER:             <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:            <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:              <u>KEVIN MCCOY</u>

U.S.P.O.:              <u>SCOTT KELLEY AND PAULA MCCORMICK</u>

INTERPRETER:           <u>NABHA BHODTHIPAKSA      (Laotian)</u>
<u>X</u> Telephonic Appearance                   (Language)

PROCEEDINGS: ARRAIGNMENT, ENTRY OF PLEA AND IMPOSITION OF
             SENTENCE (ARRAIGNMENT AND ENTRY OF PLEA)
             HELD JULY 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

<u>X</u> Interpreter sworn.

<u>X</u> Copy of Information given to defendant: waived reading.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant states true name:<u> Same as above.       </u>Age:<u>  43  </u>

<u>X</u> PLEA: Guilty to count <u>1 of the Information. Original</u>
   <u>Indictment to be dismissed at sentencing.</u>

<u>X</u> Court accepted plea.

<u>X</u> Defendant waived preparation of Presentence Report.

<u>X</u> Defendant's conditions of release remain as previously set
   with the exception of the electronic monitoring requirement.

CONTINUED ON PAGE 2

DATE:<u>    July 21, 2006     </u>   DEPUTY CLERK'S INITIALS: <u>  amk  </u>

```
              CONTINUATION - PAGE 2
            U.S.A. vs. KANHA KOUNDUANGTA
                  3:06-cr-00018-HRH
  ARRAIGNMENT, ENTRY OF PLEA AND IMPOSITION OF SENTENCE
           (ARRAIGNMENT AND ENTRY OF PLEA)
                   July 21, 2006
```

 X OTHER: Court and counsel heard re plea agreement and the sentence being a Record of Disposition; court instructed Mr. McCoy to prepare a financial statement; court instructed parties to consult re record of disposition, expungement provisions, and terms of probation. Parties to notify court to set on sentencing hearing the week of **July 24, 2006**. Court and counsel heard re defense counsels oral motion to terminate the defendant's electronic monitoring requirement; **GRANTED.**

At 9:53 a.m. court adjourned.

OFF RECORD NOTE: Trial by Jury previously set for July 24, 2006 at 9:00 a.m. is **VACATED.**

DATE:     July 21, 2006        DEPUTY CLERK'S INITIALS:    amk