Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>    Defendant. | NO. 3:06-cr-0018-HRH<br><br>**STATUS REPORT** |

      Kanha Kounduangta submits this status report to update the court on progress towards disposition.  Probation Officer Barbara Burton indicates that the probation service will be able to provide a report on Ms. Kounduangta's financial resources by close of business Monday, July 31, 2006.  The parties agree that the most convenient date for disposition for Ms. Kounduangta and counsel is Wednesday, August 2, 2006, or Thursday, August 3, 2006.

      Ms. Kounduangta has attached a form order of probation and statement of special probation conditions prepared by the Administrative Office for use in 18 U.S.C. § 3607 cases.  *See* Exhibit A.  It appears to meet all of the concerns expressed by the court at the July 21, 2006, change of plea hearing with the exception of the proposed DNA testing condition.  However, it does not

appear that DNA testing is mandatory because violation of 21 U.S.C. § 844(a) is not a "qualifying federal offense" for mandatory DNA testing.[1]

Unless otherwise directed by the court, the parties jointly propose that the court use the attached order of probation and statement of conditions at disposition in this matter.

Upon successful completion of probation, 18 U.S.C. § 3607(a) requires an order of dismissal and a discharge from probation. There appears to be no form prepared by the Administrative Office for this specific purpose. However, Ms. Kounduangta will approach the court in writing at the conclusion of the probationary period to ask for an order of dismissal and discharge from probation.

DATED at Anchorage, Alaska this 25th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

---

[1] Probation Officer Eric Odegard has indicated to the undersigned that DNA testing is not mandatory in cases involving violation of 21 U.S.C. § 844(a). Additionally, *United States v. Kincade*, 379 F.3d 813 (9th Cir. 2004) (en banc) considered and rejected a Fourth Amendment challenge to mandatory post-conviction DNA testing. A comprehensive list of qualifying crimes is found at footnote one of that opinion. *Id.* at 818 n.1. A review of the authorities cited in this footnote confirms Mr. Odegard's analysis.

<u>Certification</u>:
I certify that on July 25, 2006,
a copy of the ***Status Report***
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Barbara Burton
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy