# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  KANHA KOUNDUANGTA  </u>

THE HONORABLE H. RUSSEL HOLLAND

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  <u>3:06-cr-00018-HRH</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 26, 2006

      Imposition of sentence on the above-named defendant is hereby scheduled to commence Thursday, August 3, 2006, at 9:00 a.m..

[]{IA.WPD*Rev.12/96}