**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
) Case No. 3:06-cr-00018-HRH
v. )
)
KAHNA KOUNDUANGTA, )
)
       Defendant. )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal with prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ____ (Other reason, or reasons, if any)

of the offense of Attempted Possession of a Controlled Substance with Intent to Distribute as charged in 21 U.S.C. §§ 846 & 841(b)(1)(A) in count 1 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this **3** day of August, 2006.



                       H. RUSSEL HOLLAND
                       United States District Judge

[]{DISCHARG.WPD*Rev.2/97}