Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KANHA KOUNDUANGTA,<br><br>Defendant. | NO. 3:06-cr-0018-HRH<br><br>**UNOPPOSED MOTION TO DISMISS PROCEEDINGS AGAINST KANHA KOUNDUANGTA AND REQUEST TO DISCHARGE HER FROM PROBATION** |

   Kanha Kounduangta asks this court for an order dismissing these proceedings and, further for an order discharging her from probation.  This request is appropriate because this court entered an order of probation pursuant to 18 U.S.C. § 3607.  This statute requires that proceedings be dismissed and the person be discharged from probation if there are no violations of the conditions of probation.  In this instance, Mr. Kounduangta's term of probation is scheduled to expire on August 2, 2007.  Accordingly, it is appropriate that these proceedings be dismissed and that Ms. Kounduangta be discharged from probation.

   The government does not oppose this request.

   The probation service does not oppose this request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 16th day of July 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on July 16, 2007,
a copy of the *Unopposed Motion to Dismiss Proceedings Against Kanha Kounduangta and Request to Discharge Her From Probation*
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Chris Liedike, Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy