UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0018-HRH |
|---|---|
| Plaintiff, | **PROPOSED ORDER OF DISMISSAL AND DISCHARGE** |
| vs. | |
| KANHA KOUNDUANGTA, | |
| Defendant. | |

On consideration of the defendant's unopposed motion for dismissal of proceedings and discharge from probation;

IT IS HEREBY ORDERED that:

The motion is granted pursuant to the Federal First Offender Act, 18 U.S.C. § 3607. Proceedings in this matter against the defendant, Kanha Kounduangta, are hereby dismissed and she is hereby discharged from probation.

Dated this _____ day of August 2007.

_____
H. RUSSEL HOLLAND
United States District Court Judge