Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KANHA KOUNDUANGTA,<br><br>　　　　Defendant. | NO. 3:06-cr-0018-HRH<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the attorney for Kanha Kounduangta.

　　　　2.　　On August 3, 2006, this court placed Ms. Kounduangta on a term of probation for one year pursuant to 18 U.S.C. § 3607, the Federal First Offender Act.  *See* Docket No. 116.

　　　　3.　　Title 18 U.S.C. § 3607 provides that "[a]t any time before the expiration of the term of probation, if the person has not violated a condition of [her] probation, the court shall,

without entering a judgment of conviction, dismiss the proceedings against the person and discharge [her] from probation."

4. I am advised by Probation Officer Chris Liedike that Ms. Kounduangta is scheduled to complete her term of probation on August 2, 2007, and that she has not violated the conditions of her probation.

5. Accordingly, it is appropriate for the court to enter an order dismissing these proceedings against Ms. Kounduangta.

6. On July 10, 2007, I spoke to Assistant U.S. Attorney Karen Loeffler about this request. Ms. Loeffler indicated that the government does not oppose an order dismissing these proceedings and discharging Ms. Kounduangta from probation.

7. On July 9, 2007, I spoke to Probation Officer Chris Liedike about this request. Mr. Liedike informed me that Ms. Kounduangta has not had any violation of the terms or conditions of her probation and that the probation service does not oppose an order dismissing these proceedings and discharging her from probation.

8. For all these reasons, I am asking the court to enter an order dismissing these proceedings and for an order discharging Ms. Kounduangta from probation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 16th day of July 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on July 16, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

Chris Liedike, Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy