IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
      vs.                        )
                                 )
KANHA KOUNDUANGTA,               )
                                 )   No. 3:06-cr-0018-HRH
                    Defendant.   )
_____)
```

O R D E R

Dismissal and Discharge

On consideration of the defendant's unopposed motion for dismissal of proceedings and discharge from probation;[1]

IT IS HEREBY ORDERED that:

The motion is granted pursuant to the Federal First Offender Act, 18 U.S.C. § 3607. Proceedings in this matter against the defendant, Kanha Kounduangta, are hereby dismissed and she is hereby discharged from probation.

DATED at Anchorage, Alaska, this 17th day of July, 2007.

s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 119.

- 1 -